UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUTH ANTHONY,<br><br>Plaintiff,<br><br>v.<br><br>RALPH BUSBY, JOHN BUTLER, MARV TODD, JACQUELINE NEWSTADT, PATTI SKILES, and COMPUTER SCIENCES CORPORATION,<br><br>Defendants. | Civil Action No. 03-cv-12423-RWZ |

## MOTION TO EXTEND TIME FOR RESPONSE TO PLAINTIFF'S COMPLAINT

Defendants, Ralph Busby, John Butler, Marv Todd, and Patti Skiles (hereinafter "Defendants"), hereby move for an additional thirty (30) days to serve their response to Plaintiff's Complaint, to and including Friday, March 26, 2004. As grounds for their motion, Defendants state that additional time is necessary in order to prepare the appropriate response.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Counsel for Defendants has conferred with Plaintiff regarding Defendants' request for an extension, but Plaintiff has not consented to this request for an additional thirty (30) days.

Respectfully submitted,

RALPH BUSBY, JOHN BUTLER, MARV TODD, and PATTI SKILES,

*Joan Ackerstein*

Joan Ackerstein (BBO# 549872)
Heather Stepler (BBO# 654269)
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, Massachusetts 02116
(617) 367-0025; Fax: (617) 367-2155
Dated: February 24, 2004

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that on February 24, 2004, a copy of the foregoing document was served upon Plaintiff, Ruth Anthony, 60 Edgewood Street, Roxbury, MA, 02119 by first class mail, postage prepaid.

                                            *Joan Ackerstein*
                                            Jackson Lewis LLP

H:\AckerstJ\CSC\Pleadings\Motion for Extension of Time.doc