**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RUTH ANTHONY,<br><br>       Plaintiff,<br><br>v.<br><br>RALPH BUSBY, JOHN BUTLER, MARV TODD, JACQUELINE NEWSTADT, PATTI SKILES, and COMPUTER SCIENCES CORPORATION,<br><br>       Defendants. | Civil Action No. 03-cv-12423-RWZ |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT**
**COMPUTER SCIENCES CORPORATION**

Defendant, Computer Sciences Corporation ("CSC") is a corporation organized under the laws of the State of Nevada. CSC does not have a parent company. Further, no publicly held company owns more than 10% of CSC's stock.

Respectfully submitted,

COMPUTER SCIENCES CORPORATION,

By its attorneys,


_____/s/_ Heather Stepler_____
Joan Ackerstein, BBO # 348220
Heather Stepler, BBO # 654269
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
Dated:  April 9, 2004                        (617) 367-0025

## CERTIFICATE OF SERVICE

This is to certify that on April 9, 2004, a copy of the foregoing document was served upon Plaintiff, Ruth Anthony, 60 Edgewood Street, Roxbury, MA, 02119 by first class mail, postage prepaid.


_____/s/_ Heather Stepler_____
Jackson Lewis LLP