UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUTH ANTHONY,<br><br>              Plaintiff,<br><br>v.<br><br>RALPH BUSBY, JOHN BUTLER, MARV TODD, JACQUELINE NEWSTADT, PATTI SKILES, and COMPUTER SCIENCES CORPORATION,<br><br>              Defendants. | Civil Action No. 03-cv-12423-RWZ |

## STATEMENT REGARDING PRETRIAL SCHEDULE

Defendants, Computer Sciences Corporation, Ralph Busby, John Butler, Marv Todd, and Patti Skiles (hereinafter "Defendants"), submit this Statement Regarding Pretrial Schedule pursuant to Local Rule 16.1(D) of the United States District Court for the District of Massachusetts and the Court's Notice of Scheduling Conference.  The parties could not agree on a proposed Pretrial Schedule and Discovery Plan.  Plaintiff indicated to Defendants that she would be amenable to Defendants submitting a Joint Statement that includes both Defendants' and Plaintiff's proposed Pretrial Schedules and Discovery Plans.  Defendants sent to Plaintiff for her review a draft Joint Statement which included both Defendants' and Plaintiff's proposed Pretrial Schedules and Discovery Plans, however Plaintiff failed to contact Defendants with any comments to the draft Joint Statement prior to 4:30 p.m. on Thursday, June 3, 2004.  This Statement sets forth Defendants' proposed Pretrial Schedule and Discovery Plan and what Plaintiff previously proposed to Defendants as her Pretrial Schedule and Discovery Plan.

### Defendants' Proposed Pretrial Schedule and Discovery Plan

| | |
|---|---|
| September 1, 2004 | Plaintiff to disclose her experts and expert reports |
| November 1, 2004 | Defendants to disclose their experts and expert reports |
| December 31, 2004 | Deadline for completion of all fact and expert discovery, including requests for production of documents, interrogatories and witness depositions |
| February 28, 2005 | Deadline for filing dispositive motions, if either party determines that such a motion is appropriate |
| March 31, 2005 | Deadline for filing oppositions to dispositive motions |
| April 15, 2005 | Deadline for filing reply to oppositions to dispositive motions |
| May 2, 2005 | Final pretrial conference |

### Plaintiff's Proposed Pretrial Schedule and Discovery Plan

| | |
|---|---|
| June 9, 2004 | Plaintiff to disclose her experts and expert reports |
| June 9, 2004 | Defendants to disclose their experts and expert reports |
| July 12, 2004 | Deadline for completion of all fact and expert discovery, including requests for production of documents, interrogatories and witness depositions |
| July 23, 2004 | Deadline for filing dispositive motions, if either party determines that such a motion is appropriate |
| August 6, 2004 | Deadline for filing oppositions to dispositive motions |
| August 23, 2004 | Deadline for filing reply to oppositions to dispositive motions |
| September 13, 2004 | Final pretrial conference |

Plaintiff and Defendants understand and agree that their respective discovery schedules assume the cooperation of Plaintiff, Defendants, all third party witnesses, and expert witnesses.

Plaintiff and Defendants further agree that requests for additional time for discovery may be made and shall be reasonably agreed to in the event of delays occasioned by discovery disputes requiring a decision by the Court, and/or the unavailability of fact or expert witnesses due to vacation or work schedules.

## Certifications

Defendants' certification required by Local Rule 16.1(D)(3) is attached hereto.

Respectfully submitted,

COMPUTER SCIENCES CORPORATION, RALPH BUSBY, JOHN BUTLER, MARV TODD, and PATTI SKILES,

By: __/s/ Heather Stepler_____
Joan Ackerstein, (BBO# 348220)
Heather Stepler, (BBO# 654269)
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Dated: June 3, 2004

**CERTIFICATE OF SERVICE**

    This is to certify that on June 3, 2004, a copy of the foregoing document was served upon Plaintiff, Ruth Anthony, 60 Edgewood Street, Roxbury, MA, 02119 by first class mail, postage prepaid.


                                                  ____/s/_Heather Stepler_____
                                                  Jackson Lewis LLP