UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUTH ANTHONY,<br><br>Plaintiff,<br><br>v.<br><br>RALPH BUSBY, JOHN BUTLER, MARV TODD, JACQUELINE NEWSTADT, PATTI SKILES, and COMPUTER SCIENCES CORPORATION,<br><br>Defendants. | Civil Action No. 03-cv-12423-RWZ |

### CERTIFICATION REQUIRED BY LOCAL RULE 16.1(D)(3)

Defendant, Computer Sciences Corporation (hereinafter "Defendant"), hereby certifies on behalf of itself and the individual defendants, Ralph Busby, John Butler, Marv Todd, and Patti Skiles, in compliance with Local Rule 16.1(D)(3) that their representative, Tyler B. Raimo, Counsel, has conferred with counsel, Heather Stepler, regarding the costs of this litigation and the possibility of alternative dispute resolution.

Respectfully submitted,

COMPUTER SCIENCES CORPORATION,

By its attorneys,

_____
Tyler B. Raimo
Counsel
Computer Sciences Corporation
3170 Fairview Park Drive m/c 203A
Falls Church, VA 22042

Dated: 6/2/04

_____
Joan Ackerstein, BBO #348220
Heather Stepler, BBO #654269
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA 02116
(617) 367-0025; (617) 367-2155 – fax

Dated: 6/2/04

## CERTIFICATE OF SERVICE

      This is to certify that on June 3, 2004, a copy of the foregoing document was served upon Plaintiff, Ruth Anthony, 60 Edgewood Street, Roxbury, MA, 02119 by first class mail, postage prepaid.

_____
Jackson Lewis LLP