UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12423-RWZ

RUTH ANTHONY

v.

RALPH BUSBY, et al.

<u>SCHEDULING ORDER</u>

June 14, 2004

ZOBEL, D. J.

     This matter having come before the court at a scheduling conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Ruth Anthony having appeared Pro Se; and Joan I. Ackerstein having appeared as counsel for defendants, Ralph Busby, et al., the following action was taken:

1.    The parties agreed to exchange all initial disclosures required by Rule 26, Fed. R. Civ. P., by July 30, 2004.

2.    All discovery except that of experts shall be completed by October 29, 2004.

3.    A further conference is scheduled on November 9, 2004 at 2 p.m.

_____     /s/ Rya W. Zobel_____
DATE             RYA W. ZOBEL
                UNITED STATES DISTRICT JUDGE