UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUTH ANTHONY,<br><br>Plaintiff<br><br>v.<br><br>RALPH BUSBY, JOHN BUTLER, MARV TODD, JACQUELINE NEWSTADT, PATTI SKILES, and COMPUTER SCIENCES CORPORATION (CSC),<br><br>Defendants | FILED<br>IN CLERK'S OFFICE<br><br>Civil Action No. 03-cv-12423-RWZ<br><br>U.S. DISTRICT COURT<br>DISTRICT OF MASS. |

## PLAINTIFF'S MOTION TO PROCEED

Plaintiff Ruth Anthony moves to proceed with this case according to the November 9, 2004 Scheduled Conference and asks the court not to grant Defendants an extension of the discovery deadline based on the following grounds:

1. Computer Sciences Corporation (CSC) wrongfully terminated Plaintiff in retaliation for her accusations of employment discrimination based on race.

2. Plaintiff did not refuse to move, abandon the job, or voluntarily nor involuntarily resign her five-year employment as a technical writer with CSC.

3. No extension is necessary for Defendants to learn any more about Plaintiff's allegations.

4. Between July 30 and October 29, 2004, Plaintiff provided Defendants with their Requests For Initial Disclosure, Production of Documents, and First Set of Interrogatories.

5. Plaintiff is at a greater disadvantage because Defendants refused to provide Plaintiff with her full Requests For Production of Documents and First Set of Interrogatories.

6. Plaintiff is indigent and representing herself as Pro Se.

7. Plaintiff is not comfortable appearing at Defendants' Attorneys office under deposition.

8. Plaintiff does not intend to answer any more questions for Defendants outside of court and would, therefore, waste time, energy, and money appearing for deposition.

9. Plaintiff asked Defendants to communicate in writing as opposed to personal conversations that may more easily be misinterpreted.

Respectfully Submitted,

*Ruth Anthony*
Ruth Anthony, Pro Se
60 Edgewood Street, Roxbury, MA 02119
617-445-5889

## CERTIFICATE OF SERVICE

This is to certify that on November 1, 2004, a copy of the foregoing document was delivered by first-class mail to Attorney Joan Ackerstein, Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116.

*Ruth Anthony*
Ruth Anthony
60 Edgewood Street
Roxbury, MA 02119
617-445-5889