UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUTH ANTHONY,<br><br>Plaintiff<br><br>v.<br>RALPH BUSBY, JOHN BUTLER, MARV TODD, JACQUELINE NEWSTADT, PATTI SKILES, and COMPUTER SCIENCES CORPORATION (CSC),<br><br>Defendants | Civil Action No. 03-cv-12423-RWZ |

## PLAINTIFF'S MOTION TO COMPEL RESPONSES

PLEASE TAKE NOTICE that as soon as the matter can be heard, Plaintiff Ruth Anthony moves the court for an order requiring Defendants Ralph Busby, John Butler, Marvin Todd, Jacqueline Newstadt, Patti Skiles, and Computer Sciences Corporation (CSC) to serve acceptable responses to the Production of Documents and First Set of Interrogatories propounded by Plaintiff. This motion is made on the grounds that Defendants have failed to serve direct responses or have provided evasive and incomplete responses.

A complete discovery is necessary for Plaintiff to show a prima facie case of Discrimination/Retaliation/Wrongful Termination and Defamation of Character. While personal information is requested to establish profiles of individual Defendants, more serious specific information in the form of documentary evidence is requested.

This case involves complex facts including multiple corporate employers and federal government contractors. Discovering these facts enables Plaintiff to show that a similar situated employee was an employee of the Defendant and Plaintiff's defacto supervisor. These facts would substantiate that of which Plaintiff has personal knowledge and has sworn to in her allegations against Defendants.

Respectfully Submitted,

*Ruth Anthony*
Ruth Anthony, Pro Se
60 Edgewood Street, Roxbury, MA 02119
617-445-5889

## **DOCUMENTS REQUESTED**

1. Contract between Computer Sciences Corporation (CSC) and the Federal Aviation Administration (FAA) for the Enhanced Traffic Management System (ETMS) project

2. Contract between CSC and each subcontractor/partner company working at the Volpe National Transportation Systems Center in Cambridge, MA.

3. All W2 and income tax forms filed for each defendant for 2001 and 2002.

4. Names and respective companies of all contractors working on ETMS

5. ETMS organizational chart (2000, 2001, 2002, 2003, 2004)

6. ETMS staff lists by employee name, company, buildings, room numbers, extensions, nodes, task, and hourly rate of pay (2000, 2001, 2002, 2003, 2004)

7. ETMS project floor plan by team member and office number (2000, 2001, 2002, 2003, 2004)

8. ETMS task plan (1998, 1999, 2000, 20001, 2002)

9. ETMS task leaders (1998, 1999, 2000, 2001, 2002)

10. Contract Funding and Labor report (2000, 2001, 2002, 2003, 2004)

11. User Accountability System report (2000, 2001, 2002, 2003, 2004)

12. Monthly Status report (2000, 2001, 2002)

13. Subcontractor Activity report (2000, 2001, 2002)

14. ETMS documentation team organizational chart (1998, 1999, 2000, 2001, 2002, 2003, 2004)

15. Title, job description, resume, and hourly rates of pay for all ETMS technical writers (1998, 1999, 2000, 2001, 2002, 2003, 2004)

16. CSC job abandonment policy and source

17. Records specifying plaintiff's resignation

Respectfully submitted,

*Ruth Anthony*
Ruth Anthony

## FIRST SET OF INTERROGATORIES PROPOUNDED BY PLAINTIFF TO DEFENDANTS

### INTEROGATORY 1

State each defendant's name, social security number, date and place of birth, address, marital status (including date of marriage and name of spouse), and names and birth dates of children.

### INTEROGATORY 2

List all residences for each defendant during the past seven (7) years, giving complete addresses and dates resided at each address.

### INTEROGATORY 3

Identify all sources of income received by each defendant from January 1, 2000 to present. Specify how much and how often payment is received.

### INTEROGATORY 4

Explain in detail the working relationship of CSC and Battelle Memorial Institute (BMI) at the Volpe National Transportation Systems Center in Cambridge, MA. Name all projects on which CSC and BMI collaborate.

### INTEROGATORY 5

How many hours did CSC bill to ETMS in 2000 and 2001? Describe tasks for which hours were billed.

### INTEROGATORY 6

How many hours did BMI bill to ETMS in 2000? Describe tasks for which hours were billed.

### INTEROGATORY 7

In 2000, who was plaintiff's co-worker Mary Costello's employer?

### INTEROGATORY 8

In 2000, who was Mary Costello's day-to-day supervisor?

### INTEROGATORY 9

Did an employment contract exist between Mary Costello and BMI or CSC?

**INTEROGATORY 10**

How many hours did Mary Costello charge to ETMS in 2000 and for what tasks were hours charged?

**INTEROGATORY 11**

What was Mary Costello's job description for work with CSC?

**INTEROGATORY 12**

How much was Mary Costello paid in 2000, 2001, and 2002?

**INTEROGATORY 13**

Explain how CSC hired incumbent employees from Unisys in 1998.

**INTEROGATORY 14**

Why was Ruth Anthony hired to work for CSC and Mary Costello hired to work for BMI?

**INTEROGATORY 15**

Before termination, what was Ruth Anthony's title and job description?

**INTEROGATORY 16**

What happened to the Documentation Manager position that previously existed? When was it advertised? Was it filled; if so, when and by whom?

**INTEROGATORY 17**

When did the ETMS documentation group relocate? Why or why not?

**INTEROGATORY 18**

What documents support plaintiff's voluntary resignation?

**INTEROGATORY 19**

How many technical writers were hired on ETMS since February 7, 2002? What are their qualifications? How much are they paid? Do they have government security clearance? Was clearance obtained before or after hire?

Respectfully submitted,
Ruth Anthony                *Ruth Anthony*

## CERTIFICATE OF SERVICE

This is to certify that on December 13, 2004, a copy of the foregoing document was delivered by first-class mail to Attorney Joan Ackerstein, Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116.

*Ruth Anthony*
Ruth Anthony
60 Edgewood Street
Roxbury, MA 02119
617-445-5889