# EXHIBIT A

## Stepler, Heather (BOS)

| | |
|---|---|
| **From:** | Anthony01@comcast.net |
| **Sent:** | Wednesday, June 30, 2004 7:32 AM |
| **To:** | Stepler, Heather (BOS) |
| **Cc:** | Ackerstein, Joan S. (Boston) |
| **Subject:** | 03-CV-12423-RWV Discovery Requests |
| **Attachments:** | First Req_for Discovery.doc |

Hello,

Attached are Plaintiff's discovery requests in reference to 03-CV-12423. Thank you.

Ruth Anthony, Pro Se

60 Edgewood Street

Roxbury, MA 02119

617-445-5889

12/27/2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUTH ANTHONY,<br><br>Plaintiff<br><br>v.<br>RALPH BUSBY, JOHN BUTLER, MARV TODD, JACQUELINE NEWSTADT, PATTI SKILES, and COMPUTER SCIENCES CORPORATION (CSC),<br><br>Defendants | Civil Action No. 03-cv-12423-RWZ |

## FIRST REQUEST OF PLAINTIFF FOR PRODUCTION OF DOCUMENTS BY DEFENDANTS

Pursuant to Federal Rules of Civil Procedure, Ruth Anthony (Plaintiff) hereby requests that Ralph Busby, John Butler, Marv Todd, Jacqueline Newstadt, Patti Skiles, and Computer Sciences Corporation (CSC) (Defendants), produce the following documents within their possession, custody, or control for inspection and copying within thirty (30) days.

"Document" means any printed, typewritten, handwritten or otherwise recorded matter such as files, correspondence, contacts, agreements, letters, purchase orders, memoranda, telegrams, notes, forms, catalogues, brochures, diaries, reports, calendars, inter-office communications, electronic mail, statements, jottings, announcements, depositions, affidavits, photographs, computer disks, printouts, or other data, tape recordings, video tapes, and motion pictures. Carbon or photographic copies of such material may substitute originals.

## **DOCUMENTS REQUESTED**

1. Contract between Computer Sciences Corporation (CSC) and the Federal Aviation Administration (FAA) for the Enhanced Traffic Management System (ETMS) project

2. Contract between CSC and each subcontractor/partner company working at the Volpe National Transportation Systems Center in Cambridge, MA.

3. All W2 and income tax forms filed for each defendant for 2001 and 2002.

4. Names and respective companies of all contractors working on ETMS

5. ETMS organizational chart (2000, 2001, 2002, 2003, 2004)

6. ETMS staff lists by employee name, company, buildings, room numbers, extensions, nodes, task, and hourly rate of pay (2000, 2001, 2002, 2003, 2004)

7. ETMS project floor plan by team member and office number (2000, 2001, 2002, 2003, 2004)

8. ETMS task plan (1998, 1999, 2000, 20001, 2002)

9. ETMS task leaders (1998, 1999, 2000, 2001, 2002)

10. Contract Funding and Labor report (2000, 2001, 2002, 2003, 2004)

11. User Accountability System report (2000, 2001, 2002, 2003, 2004)

12. Monthly Status report (2000, 2001, 2002)

13. Subcontractor Activity report (2000, 2001, 2002)

14. ETMS documentation team organizational chart (1998, 1999, 2000, 2001, 2002, 2003, 2004)

15. Title, job description, resume, and hourly rates of pay for all ETMS technical writers (1998, 1999, 2000, 2001, 2002, 2003, 2004)

16. CSC job abandonment policy and source

17. Records specifying plaintiff's resignation

Respectfully submitted,

Ruth Anthony