# EXHIBIT B

## Stepler, Heather (BOS)

| | |
|---|---|
| **From:** | Anthony01@comcast.net |
| **Sent:** | Wednesday, June 30, 2004 7:32 AM |
| **To:** | Stepler, Heather (BOS) |
| **Cc:** | Ackerstein, Joan S. (Boston) |
| **Subject:** | 03-CV-12423-RWV Discovery Requests |
| **Attachments:** | First Req_for Discovery.doc |

Hello,

Attached are Plaintiff's discovery requests in reference to 03-CV-12423. Thank you.

Ruth Anthony, Pro Se

60 Edgewood Street

Roxbury, MA 02119

617-445-5889

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUTH ANTHONY,<br><br>Plaintiff<br><br>v.<br>RALPH BUSBY, JOHN BUTLER, MARV TODD, JACQUELINE NEWSTADT, PATTI SKILES, and COMPUTER SCIENCES CORPORATION (CSC),<br><br>Defendants | Civil Action No. 03-cv-12423-RWZ |

## FIRST SET OF INTERROGATORIES PROPOUNDED BY PLAINTIFF TO DEFENDANTS

Pursuant to the Federal Rules of Civil Procedure, Plaintiff Ruth Anthony hereby propounds the following interrogatories to Defendants Ralph Busby, John Butler, Marv Todd, Jacqueline Newstadt, Patti Skiles, and Computer Sciences Corporation (CSC), to answer fully, separately, in writing, and under oath within thirty (30) days.

## INTEROGATORY 1

State each defendant's name, social security number, date and place of birth, address, marital status (including date of marriage and name of spouse), and names and birth dates of children.

## INTEROGATORY 2

List all residences for each defendant during the past seven (7) years, giving complete addresses and dates resided at each address.

## INTEROGATORY 3

Identify all sources of income received by each defendant from January 1, 2000 to present. Specify how much and how often payment is received.

## INTEROGATORY 4

Explain in detail the working relationship of CSC and Battelle Memorial Institute (BMI) at the Volpe National Transportation Systems Center in Cambridge, MA. Name all projects on which CSC and BMI collaborate.

## INTEROGATORY 5

How many hours did CSC bill to ETMS in 2000 and 2001? Describe tasks for which hours were billed.

## INTEROGATORY 6

How many hours did BMI bill to ETMS in 2000? Describe tasks for which hours were billed.

## INTEROGATORY 7

In 2000, who was plaintiff's co-worker Mary Costello's employer?

## INTEROGATORY 8

In 2000, who was Mary Costello's day-to-day supervisor?

## INTEROGATORY 9

Did an employment contract exist between Mary Costello and BMI or CSC?

## INTEROGATORY 10

How many hours did Mary Costello charge to ETMS in 2000 and for what tasks were hours charged?

**INTEROGATORY 11**

What was Mary Costello's job description for work with CSC?

**INTEROGATORY 12**

How much was Mary Costello paid in 2000, 2001, and 2002?

**INTEROGATORY 13**

Explain how CSC hired incumbent employees from Unisys in 1998.

**INTEROGATORY 14**

Why was Ruth Anthony hired to work for CSC and Mary Costello hired to work for BMI?

**INTEROGATORY 15**

Before termination, what was Ruth Anthony's title and job description?

**INTEROGATORY 16**

What happened to the Documentation Manager position that previously existed? When was it advertised? Was it filled; if so, when and by whom?

**INTEROGATORY 17**

When did the ETMS documentation group relocate? Why or why not?

**INTEROGATORY 18**

What documents support plaintiff's voluntary resignation?

**INTEROGATORY 19**

How many technical writers were hired on ETMS since February 7, 2002? What are their qualifications? How much are they paid? Do they have government security clearance? Was clearance obtained before or after hire?


Respectfully submitted,
Ruth Anthony