# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUTH ANTHONY,<br><br>Plaintiff<br><br>v.<br>RALPH BUSBY, JOHN BUTLER, MARV TODD, JACQUELINE NEWSTADT, PATTI SKILES, and COMPUTER SCIENCES CORPORATION (CSC),<br><br>Defendants | Civil Action No. 03-cv-12423-RWZ |

## **INITIAL DISCLOSURE OF PLAINTIFF**

Pursuant to Federal Rules of Civil Procedure, Ruth Anthony (Plaintiff) hereby discloses that the only known person with discoverable information relevant to Plaintiff's allegations in Plaintiff's complaint is Ruth Anthony, 60 Edgewood Street, Roxbury, MA 02119, 617-445-5889. Ms. Anthony was employed at the Volpe National Transportation Systems Center, 55 Broadway, Cambridge, MA 02142 from January 13, 1997 to February 7, 2002. From January to October 1997, she held the title of Senior Product Information Analyst for Unisys Corporation. From November 1997 to February 2002, she was a Senior Member of the Technical Staff for Computer Sciences Corporation. At all times she worked as a technical writer on the Enhanced Traffic Management System project.

Plaintiff discloses that in her possession are the following documents relating to this matter:

1. Plaintiff's personnel file
2. Documents related to Plaintiff's charge of discrimination filed with the Massachusetts Commission Against Discrimination
3. April 23, 2001 email from Plaintiff to Marv Todd and John Butler regarding documentation team work
4. May 15, 2001 email from Plaintiff to Patti Skiles regarding job descriptions and new classification
5. October 22, 2001 email from Plaintiff to John Butler regarding move
6. October 22, 1001 email from John Butler to Plaintiff regarding move
7. January 9, 2002 email from Plaintiff to John Butler regarding move
8. January 17, 2002 email from Plaintiff to John Butler regarding move
9. January 29, 2002 email from Plaintiff to Jacqueline Newstadt regarding move
10. Massachusetts Department of Employment and Training documents regarding unemployment compensation application and appeal

11. February 13, 2002 CSC Application Developer (Technical Writer) ad posted on Yahoo.com
12. February 21, 2002 CSC Technical Writer ad posted on CareerBuilder.com
13. June 10, 2002 CSC Technical Writer ad posted on CareerBuilder.com
14. July 2, 2002 CSC Technical Writer ad posted on CareerBuilder.com
15. May 7, 2003 CSC Technical Writer ad posted on CareerBuilder.com
16. May 8, 2003 CSC acknowledgement of Plaintiff's resume

Plaintiff discloses that there is no insurance coverage available for this claim; however, Defendants told Plaintiff on the day of her termination that all insurance benefits ended at midnight, February 7, 2002, and did not inform Plaintiff about optional continued benefits under COBRA.

In accordance with Local Rule 26, Plaintiff also states the following:

a) Plaintiff has not identified any persons who witnessed the transaction or occurrence giving rise to the claim of any persons with substantial discoverable information about the claims.

b) Other than the Answer to Complaint, Plaintiff has not obtained any statements from opposing parties regarding the subject matter of the claims or defenses.

c) Plaintiff states that the Massachusetts Commission Against Discrimination did not certify that the Respondent was in compliance with the statues.

Signed under the pains and penalties of perjury, based on personal knowledge, and respectfully submitted,

/Ruth Anthony/
Ruth Anthony, Pro Se
60 Edgewood Street
Roxbury, MA 02119
617-445-5889

Dated: July 8, 2004

### CERTIFICATE OF SERVICE

This is to certify that on July 8, 2004, a copy of the foregoing document was served upon Defendant's Attorney, Joan Ackerstein, Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116 by first class mail, postage prepaid.

/Ruth Anthony/
Ruth Anthony, Pro Se