# EXHIBIT F



Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
75 Park Plaza
Boston, Massachusetts 02116
Tel 617 367-0025
Fax 617 367-2155
www.jacksonlewis.com

ATLANTA          LOS ANGELES, CA      SACRAMENTO, CA
BOSTON, MA       MIAMI, FL            SAN FRANCISCO, CA
CHICAGO, IL      MINNEAPOLIS, MN      SEATTLE, WA
DALLAS, TX       MORRISTOWN, NJ       STAMFORD, CT
GREENVILLE, SC   NEW YORK, NY         WASHINGTON, DC REGION
HARTFORD, CT     ORLANDO, FL          WHITE PLAINS, NY
LONG ISLAND, NY  PITTSBURGH, PA

September 2, 2004

Ruth Anthony
60 Edgewood Street
Roxbury, MA  02119

     Re:    *Ruth Anthony v. Ralph Busby, et al.*
              *Civil Action No. 03-CV-12423-RWZ*

Dear Ms. Anthony:

We enclose in this matter the following documents:

1.     Response of Defendant, Computer Sciences Corporation, To First Request Of Plaintiff For Production Of Documents By Defendant, along with responsive documents; and

2.     Response of Defendant, Computer Sciences Corporation, to Plaintiff's First Set of Interrogatories.

The discovery responses of the individual defendants will be produced shortly.

Please note that some responsive documents will be produced subject to a Stipulation of Confidentiality. We will be providing under separate cover a Stipulation of Confidentiality for your review and signature. In addition, please note that some responsive documents were previously produced at the time of the initial disclosures.

Thank you for your attention to this matter.

Very truly yours,

JACKSON LEWIS LLP

Heather Stepler

Heather L. Stepler

HLS/kam
Enclosures

cc:    Joan Ackerstein