# EXHIBIT G

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUTH ANTHONY,<br><br>Plaintiff,<br><br>v.<br><br>RALPH BUSBY, JOHN BUTLER, MARV TODD, JACQUELINE NEWSTADT, PATTI SKILES, and COMPUTER SCIENCES CORPORATION,<br><br>Defendants. | Civil Action No. 03-cv-12423-RWZ |

## STIPULATION AND AGREEMENT OF CONFIDENTIALITY

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff, Ruth Anthony ("Plaintiff"), and Defendant, Computer Sciences Corporation ("Defendant"), that:

1. Any party may designate as "Confidential Information" all documents, interrogatory responses, answers to questions at depositions or other information (hereinafter collectively "Confidential Information"), that they produce or provide in connection with this action, that they believe in good faith to constitute, contain, or reflect confidential matters. Documents and interrogatory responses shall be designated "Confidential" at the time of production and deposition transcripts which reference confidential information shall be deemed to be Confidential by virtue of the reference to the information or designation by the party providing such information at deposition.

2. Confidential Information shall be used solely for the purposes of litigating this matter and shall not be used for any other purpose or filed, disclosed, or referenced in any other charge, lawsuit, claim, or proceeding.

3. Confidential Information may be disclosed by Plaintiff or Defendant's counsel only to: (a) the Court; (b) the parties; (c) members of Defendant's counsel's staff who assist in the

litigation of this action; and (d) deposition and trial witnesses, including experts, as necessary and then only on condition that they be advised of this Stipulation and agree to abide by its terms.

4.      During the course of the pretrial hearing stages of this action, it is agreed that in the event any party wishes to introduce any Confidential Information into the Court file and proceedings in this action, those documents are to be filed under seal so that they may be maintained by the Court under seal and therefore not made or considered part of the public records in this case until further order of the Court. At trial, the parties, in consultation with the Court, will agree to procedures that provide appropriate protection for the use of any Confidential Information, and the parties also agree that the provisions of Paragraph 2 above shall continue to be fully applicable to any Confidential Information introduced or referenced at trial.

5.      Within sixty (60) days after the final termination of this action, by judgment, settlement or otherwise, Plaintiff and Defendant's counsel shall be responsible for either (1) returning to the opposing party any and all documents that have not been made public by order of the Court other than any document that constitutes work product of counsel, or (2) destroying any and all documents that have not been made public by order of the Court other than any document that constitutes work product of counsel and promptly provide an affidavit to such effect to the opposing party.

Accepted and Agreed,

| RUTH ANTHONY, | COMPUTER SCIENCES CORPORATION, |
|---|---|
| By: _____ <br> Ruth Anthony <br> 60 Edgewood Street <br> Roxbury, MA 02119 <br> (617) 445-5889 | By: _____ <br> Joan Ackerstein, (BBO# 348220) <br> Heather Stepler, (BBO# 654269) <br> JACKSON LEWIS LLP <br> 75 Park Plaza <br> Boston, MA 02116 <br> (617) 367-0025 |