# EXHIBIT H

# jackson | lewis
Attorneys at Law

Representing Management ~~Exc~~lusively in Workplace Law and Related Litigation

| | | |
|---|---|---|
| Jackson Lewis LLP | ATLANTA, GA | LOS ANGELES, CA | SACRAMENTO, CA |
| 75 Park Plaza | BOSTON, MA | MIAMI, FL | SAN FRANCISCO, CA |
| Boston, Massachusetts 02116 | CHICAGO, IL | MINNEAPOLIS, MN | SEATTLE, WA |
| | DALLAS, TX | MORRISTOWN, NJ | STAMFORD, CT |
| Tel 617 367-0025 | GREENVILLE, SC | NEW YORK, NY | WASHINGTON, DC REGION |
| Fax 617 367-2155 | HARTFORD, CT | ORLANDO, FL | WHITE PLAINS, NY |
| www.jacksonlewis.com | LONG ISLAND, NY | PITTSBURGH, PA | |

September 8, 2004

Ruth Anthony
60 Edgewood Street
Roxbury, MA 02119

Re: *Ruth Anthony v. Ralph Busby, et al.*
Civil Action No. 03-CV-12423-RWZ

Dear Ms. Anthony:

In connection with the above listed matter, enclosed please find a proposed Stipulation of Confidentiality for your review and signature. As indicated in the Response of Defendant, Computer Sciences Corporation, To First Request Of Plaintiff For Production Of Documents By Defendant, some responsive documents will be produced subject to a Stipulation of Confidentiality. If you have any questions regarding this agreement, we assume you will contact us. Otherwise, kindly sign this agreement and send it back to us. After we receive this signed agreement, we will forward a copy of the fully executed agreement to you along with the confidential documents.

Thank you for your attention to this matter.

Very truly yours,

JACKSON LEWIS LLP

*Heather Stepler*

Heather L. Stepler

HLS/kam
Enclosure

cc: Joan Ackerstein