# EXHIBIT N

**Stepler, Heather (BOS)**

**From:** Anthony01@comcast.net
**Sent:** Monday, September 13, 2004 11:47 AM
**To:** Stepler, Heather (BOS)
**Cc:** Ackerstein, Joan S. (Boston)
**Subject:** Ruth Anthony vs. Ralph Busby, et al (03-CV-12423-RWZ)

September 13, 2004

Dear Atty. Stepler,

I do not accept nor agree with your bogus Stipulation of Confidentiality regarding Plaintiff's Request for Production of Documents and First Set of Interrogatories. It is an insult to my intelligence.

Confidentiality is presumed in the civil matter 03-CV-12423-RWZ, which is why I submitted my personal information that Defendants requested of the Plaintiff. Some of the questions I asked Defendants were the same questions that you first asked me, without proposing a confidentiality agreement.

Your continuous copy and paste response to the majority of my requests shows that you do not intend to cooperate with me. It is inconceivable that a major corporation such as CSC and your employment law firm would find my requests "unduly burdensome." I also object to your belief that my questions are vague and irrelevant. In seeking discovery, I should have a right to information concerning the business operations of a public company and its employees, which were my peers, awarded a long-term, multi-million dollar government contract.

I intend to litigate my case as I see fit based on facts personally known and sworn by me, public records, and information provided to the court. Thank you.

Yours truly,

Ruth Anthony

12/27/2004