# EXHIBIT O

**jackson | lewis**
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ATLANTA. | LOS ANGELES, CA | SACRAMENTO, CA |
| 75 Park Plaza | BOSTON, MA | MIAMI, FL | SAN FRANCISCO, CA |
| Boston, Massachusetts 02116 | CHICAGO, IL | MINNEAPOLIS, MN | SEATTLE, WA |
| Tel 617 367-0025 | DALLAS, TX | MORRISTOWN, NJ | STAMFORD, CT |
| Fax 617 367-2155 | GREENVILLE, SC | NEW YORK, NY | WASHINGTON, DC REGION |
| www.jacksonlewis.com | HARTFORD, CT | ORLANDO, FL | WHITE PLAINS, NY |
| | LONG ISLAND, NY | PITTSBURGH, PA | |

September 15, 2004

Ruth Anthony
60 Edgewood Street
Roxbury, MA 02119

Re:  *Ruth Anthony v. Ralph Busby, et al.*
     *Civil Action No. 03-CV-12423-RWZ*

Dear Ms. Anthony:

We are in receipt of your e-mail of September 13, 2004 regarding Computer Sciences Corporation's proposal for a Stipulation of Confidentiality with respect to some of its responsive documents. This letter is to further discuss the stipulation with you.

CSC proposed the stipulation because some of its responsive documents contain proprietary and sensitive information which is not available to the public. Due to the nature of the information contained in the documents, CSC is concerned about preserving the confidentiality of these documents and, thus, has requested that you agree to the proposed Stipulation of Confidentiality. Without such an agreement, CSC has no assurance the documents will not be distributed to others.

In your e-mail, you indicated that you submitted personal information in your discovery responses and that CSC did not propose a Stipulation of Confidentiality with regard to your personal information. Although CSC is not obligated to propose that information contained in your discovery responses be designated as confidential, if you would like to now designate particular documents that you produced in response to CSC's request for production of documents as confidential and subject to the proposed Stipulation of Confidentiality, please contact us. CSC certainly will agree to make the stipulation applicable to those documents as well.

If you have any questions regarding the Stipulation of Confidentiality, please contact us. After we receive a signed agreement, we will forward a copy of the fully executed agreement to you along with the confidential documents.



Ruth Anthony
September 15, 2004
Page 2

Thank you for your attention to this matter.

Very truly yours,

JACKSON LEWIS LLP

Heather L. Stepler/c

Heather L. Stepler

HLS/kam

cc:   Joan Ackerstein