# EXHIBIT P

## Stepler, Heather (BOS)

| | |
|---|---|
| **From:** | Anthony01@comcast.net |
| **Sent:** | Sunday, September 26, 2004 10:56 PM |
| **To:** | Stepler, Heather (BOS) |
| **Cc:** | Ackerstein, Joan S. (Boston) |
| **Subject:** | Re: Anthony v. Busby, et al. |

Dear Atty. Stepler,

I have no intention of letting you take any more advantage of my lack in knowledge of the law. As I previously communicated to you, I cooperated with you to the fullest extent possible regarding Defendants Request for Production of Documents and First Set of Interrogatories. Because you did not cooperate with me, as far as I am concerned, this matter is on hold until I seek legal advice and appear at the next scheduled court conference. Thank you.

Yours truly,

Ruth Anthony


--------------- Original message ---------------

> Dear Ms. Anthony,
>
> We are writing to follow up on the voicemail message that we left for you this morning. As we indicated in the voicemail message, we were calling to follow up on the email and the letter that we sent to you earlier this week. In both the email and the letter, we requested a date and a time when we could speak with you about this matter. As we would like the opportunity to speak with you about this matter, please contact us with a date and a time when we can do so. We look forward to hearing from you.
>
> Thank you for your attention to this matter.
>
> Best Regards,
> Heather Stepler
>
> **Heather Stepler**
>
> **jackson|lewis LLP**
>
> **75 Park Plaza**
>
> **Boston, MA 02116**
>
> (617) 367-0025
>
> fax (617)367-2155

12/27/2004

email steplerh@jacksonlewis.com

*Representing management exclusively in workplace law and related litigation.*

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

12/27/2004