UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUTH ANTHONY,<br><br>            Plaintiff,<br><br>v.<br><br>RALPH BUSBY, JOHN BUTLER, MARV TODD, JACQUELINE NEWSTADT, PATTI SKILES, and COMPUTER SCIENCES CORPORATION,<br><br>            Defendants. | Civil Action No. 03-cv-12423-RWZ |

## DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO SIGN AUTHORIZATIONS FOR THE RELEASE OF RELEVANT RECORDS AND TO PROVIDE A COMPLETE ANSWER TO AN INTERROGATORY

Defendant, Computer Sciences Corporation ("CSC"), hereby moves pursuant to Fed. R. Civ. P. 37(a) for an order compelling Plaintiff, Ruth Anthony, to sign authorizations for the release of her income tax records and her mental health records and to answer an interrogatory relating to claims or lawsuits brought against other employers. Specifically, CSC seeks an order compelling Plaintiff: (1) to sign an authorization for the release of her federal income tax returns from 2002 to the present; (2) to sign an authorization for the release of her mental health records from 2001 to the present; and (3) to provide an answer to Interrogatory No. 10 regarding Plaintiff's claim of race discrimination against another employer. CSC submits the Affidavit of Joan Ackerstein and a memorandum in support of this motion.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for CSC hereby certifies that they left voice mail messages for Plaintiff on January 10 and January 11, 2005 regarding conferring about the issues raised in this motion.

Plaintiff did not return CSC's counsel's phone calls. Accordingly, the issues have not been narrowed.

Respectfully submitted,

COMPUTER SCIENCES CORPORATION

By its attorneys,

/s/ Joan Ackerstein
Joan Ackerstein, BBO #348220
Heather L. Stepler, BBO #654269
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Dated: January 11, 2005

## CERTIFICATE OF SERVICE

This is to certify that on January 11, 2005, a copy of the foregoing document was served upon Plaintiff, Ruth Anthony, 60 Edgewood Street, Roxbury, MA, 02119 by first class mail, postage prepaid.

/s/ Heather L. Stepler
Jackson Lewis LLP