UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUTH ANTHONY,<br><br>             Plaintiff,<br><br>v.<br><br>RALPH BUSBY, JOHN BUTLER, MARV TODD, JACQUELINE NEWSTADT, PATTI SKILES, and COMPUTER SCIENCES CORPORATION,<br><br>             Defendants. | Civil Action No. 03-cv-12423-RWZ |

### AFFIDAVIT OF JOAN ACKERSTEIN IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO SIGN AUTHORIZATIONS FOR THE RELEASE OF RELEVANT RECORDS AND TO PROVIDE A COMPLETE ANSWER TO AN INTERROGATORY

Joan Ackerstein, on oath, deposes and says as follows:

1. I am a partner of Jackson Lewis LLP, a firm with an office at 75 Park Plaza, Boston, Massachusetts, 02116. Together with my colleague, Heather Stepler, I am involved in the defense of this action.

2. On June 21, 2004, Defendants, Computer Sciences Corporation, Ralph Busby, John Butler, Patricia Skiles, and Marvin Todd ("Defendants"), served their first request for documents and their first set of interrogatories upon Plaintiff. True and accurate copies of Defendants' discovery requests are attached hereto as Exhibits A and B.

3. On July 29, 2004, Plaintiff served upon Defendants her response to interrogatories and a chart of the documents that she was producing in response to Defendants' document requests, along with responsive documents. True and accurate copies of Plaintiff's response to interrogatories and the chart of documents produced are attached hereto as Exhibits C and D.

4. As part of her response to Defendants' request for documents, Plaintiff produced copies of her W-2 tax forms related to income she earned while working at Computer Sciences

Corporation ("CSC") during 2001 and 2002. A true and accurate copy of the document produced by Plaintiff containing copies of these W-2 tax forms is attached hereto as Exhibit E.

5. On or about November 23, 2004, Plaintiff was deposed by CSC. True and accurate copies of relevant excerpts of the transcript of Plaintiff's deposition are attached hereto as Exhibit F.

6. Because Plaintiff said at her deposition that she would sign authorizations for the release of her income tax returns, mental health records, and medical records, we sent such authorizations to Plaintiff for her review and signature on December 16, 2004. Along with the authorizations, we sent a cover letter. A true and accurate copy of the cover letter is attached hereto as Exhibit G, and true and accurate copies of the authorizations for release of Plaintiff's income tax returns, mental health records, and medical records are attached hereto as Exhibits H, I, and J.

7. In response to our letter of December 16, 2004, Plaintiff replied in an email on December 19, 2004 that she would not sign the authorizations. Specifically, Plaintiff stated that she found "it in [her] best interest NOT to disclose [her] medical, mental health, and tax records at this time." A true and accurate copy of the email sent by Plaintiff on December 19, 2004 is attached hereto as Exhibit K.

8. To date, Plaintiff has not provided us with copies of her tax returns, mental health records, or medical records, nor has Plaintiff provided us with executed authorizations for the release of such documents.

9. To date, Plaintiff has not provided us with information about her charge of race discrimination against another employer.

Signed under the pains and penalties of perjury this 11th day of January, 2005.

/s/ Joan Ackerstein
Joan Ackerstein

## CERTIFICATE OF SERVICE

    This is to certify that on January 11th, 2005, a copy of the foregoing document was served upon Plaintiff, Ruth Anthony, 60 Edgewood Street, Roxbury, MA, 02119 by first class mail, postage prepaid.

/s/ Heather L. Stepler
Jackson Lewis LLP