# **EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUTH ANTHONY,<br><br>           Plaintiff,<br><br>v.<br><br>RALPH BUSBY, JOHN BUTLER, MARV TODD, JACQUELINE NEWSTADT, PATTI SKILES, and COMPUTER SCIENCES CORPORATION,<br><br>           Defendants. | Civil Action No. 03-cv-12423-RWZ |

## FIRST SET OF INTERROGATORIES PROPOUNDED BY DEFENDANTS TO PLAINTIFF, RUTH ANTHONY

Pursuant to Fed. R. Civ. P. 33, Defendants, Ralph Busby, John Butler, Marv Todd, Patti Skiles, and Computer Sciences Corporation ("Defendants"), hereby propound the following interrogatories to Plaintiff, Ruth Anthony ("Plaintiff"), to be answered fully, separately, in writing, and under oath within thirty (30) days in accordance with the Federal Rules of Civil Procedure.

## INSTRUCTIONS

1.   In answering these interrogatories, Plaintiff should furnish all information available to her, including information in the possession all persons acting on her behalf, and not merely such information known of her own personal knowledge.

2.   If Plaintiff cannot answer these interrogatories in full after exercising due diligence to secure the information requested, Plaintiff should so state and answer to the extent

possible, specifying the nature of her inability to answer the remainder, and providing whatever information or knowledge that he possesses concerning the unanswered portion

3. The interrogatories which follow are to be considered as continuing, and Plaintiff is requested to provide, by way of supplementary answers, such additional information or documents as she or any persons acting on her behalf may hereafter obtain which will augment, clarify or otherwise modify the answers now given to these interrogatories. Such supplementary responses are to be served upon Defendants within thirty (30) days after receipt of such information or documents.

## DEFINITIONS

The following terms shall have the meanings indicated below:

1. "Persons" means natural persons, corporations, partnerships, sole proprietorships, unions, associations, federations or any other kind of entity.

2. "Document" means any printed, typewritten, handwritten or otherwise recorded matter of whatever character, including, but without limitation, files, correspondence, contracts, agreements, letters, purchase orders, memoranda, telegrams, notes, forms, catalogues, brochures, diaries, reports, calendars, inter-office communications, statements, jottings, announcements, depositions, affidavits, photographs, computer disks, computer printouts or other computerized data, or any other writings whatsoever, tape recordings, video tapes, motion pictures and any carbon or photographic copies of any such material, if Plaintiff does not have custody or control of the original.

3. "Identify" means, with respect to a natural person, to state: (1) his or her name; (2) his or her sex; (3) his or her last known address and telephone number; (4) his or her job title;

(5) the name, address, and telephone number of his or her employer; and (6) his or her relationship, if any, to Plaintiff.

4. "Identify" means, with respect to a corporation, association or other entity, to state: (1) the legal name under which such entity is incorporated or registered; (2) the state in which such entity is incorporated or registered; (3) the full business address and telephone number of such entity; and (4) the offices of such entity.

5. "Identify" means, with respect to documents, to state: (1) the author thereof and the person or persons to whom the document was originally directed; (2) the source from whom Plaintiff obtained such document or documents; (3) the date of each such document or documents; (4) the current custodian of each such document or documents; (5) the location at which each such document or documents is situated; and (6) the subject matter of each such document or documents.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

State Plaintiff's name, address, date of birth, place of birth, marital status (including spouse's name and date of marriage if applicable), names(s) and date(s) of birth of any child(ren) if applicable, and social security number.

**INTERROGATORY NO. 2:**

Identify each educational institution Plaintiff has attended, and state the dates of attendance, whether Plaintiff received a degree or certificate therefrom, and the nature and the date of the degree or certificate, if applicable.

**INTERROGATORY NO. 3:**

Please list all residences, if any other than the one listed in response to Interrogatory No. 1, that Plaintiff has had during the past seven (7) years, giving the complete address and dates of residence at each such address.

**INTERROGATORY NO. 4:**

Identify each employer by whom Plaintiff has been employed, other than Computer Sciences Corporation, including each employer's last known address and telephone number, and identify each period of self-employment, consulting, or other business relationship. For each employer, period of self-employment, consulting, or other business relationship, state:

- (a) the date(s) of employment, self-employment, consulting, or other business relationship, Plaintiff's job titles, and the duties performed by Plaintiff;

- (b) Plaintiff's rate of pay (including identification of any raise in pay), any employee benefits received, and any other compensation or remuneration received;

- (c) the reason for the termination, including, but not limited to, a statement of whether the severance of such employment or relationship was voluntary or involuntary; and

- (d) the name(s) of each supervisor or manager Plaintiff had.

**INTERROGATORY NO. 5:**

For each position Plaintiff held while employed by Computer Sciences Corporation, state the job titles and dates of each job; the salaries, wages, or compensation plans for each job; the name of Plaintiff's supervisor or immediate superior in each position; the location of such job; and the place where Plaintiff resided while performing such job.

**INTERROGATORY NO. 6:**

Identify each and every person with knowledge of any facts pertaining to the

allegations in the Plaintiff's Complaint and describe the facts possessed by each such person.

**INTERROGATORY NO. 7**:

Describe in detail each item of damage, including amounts, for which Plaintiff intends to seek recovery at the trial of this action, the manner in which such amount has been calculated, and the basis or support for such amount, and identify each document relied upon to determine such damages.

**INTERROGATORY NO. 8**:

Identify each expert witness whom Plaintiff intends to call at the trial of this action and for each such expert witness, provide the following information: his or her name; his or her residential address and business address; the subject matter on which the expert is expected to testify; the substance of the facts and opinions about which the expert is expected to testify; and a summary of the grounds for each such opinion.

**INTERROGATORY NO. 9**:

State whether Plaintiff has made any efforts to seek new employment, including self-employment or any work as an independent contractor or consultant, following the cessation of her employment from Computer Sciences Corporation. If so, state:

    (a)    the name and address of each potential employer, entity or person to whom Plaintiff made application, the date of each such application, and the position for which application was made;

    (b)    the name and address of any employment agency, career counselor or other employment recruiter with whom Plaintiff had contact, including the date and the nature of contact; and

    (c)    each and every document reflecting or relating to Plaintiff's efforts to seek new employment, including self-employment and any independent contractor or consulting work.

**INTERROGATORY NO. 10:**

State whether Plaintiff has previously instituted litigation or administrative charges against any other company or other organization by which she has been employed or applied for employment, or against any other individual supervisor or manager under whom she has worked. If the answer is in the affirmative, state the date each suit or administrative action was commenced; the name and address of the agency or other forum in which it was commenced; the substance of each such complaint; the outcome or present status of each matter; and identify each and every document upon which Plaintiff relied in answering or which in any way pertains to the information requested in this interrogatory.

**INTERROGATORY NO. 11:**

State whether Plaintiff has ever applied for unemployment compensation benefits, disability benefits, or social security benefits. If the answer is in the affirmative, identify the agency(ies) or company(ies) to whom such application was made; state the date of the application; the disposition of the application; the amount of the benefit paid, if any; and identify each and every document related to any such application and the disposition thereof.

**INTERROGATORY NO. 12:**

Identify each and every physician, psychiatrist, psychologist, social worker or other healthcare provider whom Plaintiff visited, consulted, or received treatment from relative to any physical or emotional condition Plaintiff alleges she has had since January, 2001, including but not limited to any condition she claims resulted from Defendants' actions. For each physician or other healthcare provider identified, state his or her address; any institutions with which he or she is presently associated or affiliated; any institutions with which the person

was associated or affiliated while treating Plaintiff; his or her occupation; his or her area of specialization, if any; the date Plaintiff first consulted that person or entity; the condition for which treatment was sought; the diagnosis that was rendered; the nature of the treatment rendered; whether Plaintiff is presently receiving treatment or consultation from such person or entity; and the cost of treatment.

**INTERROGATORY NO. 13**:

State whether Plaintiff has ever lodged an internal complaint of discrimination or document against any entity by which Plaintiff has been employed. If the answer is in the affirmative, state the name of all such entities, the nature of the complaint lodged, and the resolution thereof.

**INTERROGATORY NO. 14**:

Identify any and all sources of income received by Plaintiff during the period from January 1, 2000 to present. For each such source of income state the amount of income received and the frequency with which each such payment is or was received.

Respectfully submitted,

RALPH BUSBY, JOHN BUTLER, MARV TODD, PATTI SKILES, AND COMPUTER SCIENCES CORPORATION,

By their attorneys,

_____
Joan Ackerstein, BBO # 348220
Heather L. Stepler, BBO # 654269
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025

Dated: June 21, 2004

## CERTIFICATE OF SERVICE

    This is to certify that on June 21, 2004, a copy of the foregoing document was served upon Plaintiff, Ruth Anthony, 60 Edgewood Street, Roxbury, MA, 02119 by first class mail, postage prepaid.

_____
Jackson Lewis LLP