# **EXHIBIT C**

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RUTH ANTHONY,

   Plaintiff

   v.

RALPH BUSBY, JOHN BUTLER, MARV
TODD, JACQUELINE NEWSTADT,
PATTI SKILES, and COMPUTER
SCIENCES CORPORATION (CSC),

   Defendants

Civil Action No. 03-cv-12423-RWZ

# ANSWERS TO DEFENDANTS' INTERROGATORIES

## INTERROGATORY 1:

Ruth Anthony, 60 Edgewood Street, Roxbury, MA 02119
October 15, 1952, Boston, MA, Single, 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

## INTERROGATORY 2:

Northeastern University, Boston, MA, 1970 – 1975
Bachelor of Arts, Journalism

Northeastern University, Boston, MA, 1981 – 1984
Certificate, Software Technical Writing

Jewish Vocational Service, Boston, MA, 1996
Certificate, Small Business Administration

Millennium Training Institute, Boston, MA, 12/2003 – 4/2004
Certificate, Medical Office Administration

Boston University Medical School, Boston, MA, 7 – 8/2004
Course, Technical Writing for Clinical Research

## INTERROGATORY 3:

262 Normandy Street, #1, Dorchester, MA 02121

## INTERROGATORY 4:

Adecco Employment, One Post Office Square, Boston, MA
July 12 – July 14, 2004
Temporary, Data Entry Clerk
Entered Excel and Access data at Thompson Corporation
$13.00 per hour, no benefits, involuntary, Beatrix Tambaum

Venturi Staffing Partners, 131 Water Street, Boston, MA
June 7 – June 10, 2004 and June 24 – June 28, 2004
Temporary, Data Entry Clerk
Entered proprietary data at Boston Public Schools
$11.00 per hour, no benefits, involuntary, Tracy Sullivan

Unisys Corporation, Four Cambridge Center, Cambridge, MA
January – October, 1997
Employee, Senior Product Information Analyst
Wrote technical documentation for the Federal Aviation Administration Enhanced Traffic Management System
$42,000 per year, full benefits, involuntary, Michael Potash

Teradyne, Inc., 180 Lincoln Street, Boston, MA
January – December, 1996
Consultant, Contract Technical Writer
Wrote hardware and software documents for U. S. Air Force B2 series aircraft
$40.00 per hour, no benefits, involuntary, Iris Pollack

Fidelity Investments, 245 Summer Street, Boston, MA
August – December, 1995
Consultant, Contract Technical Writer
Wrote and edited financial instruments
$35.00 per hour, no benefits, involuntary, Danny Sawant

Medical Diagnostics, One Cambridge Center, Cambridge, MA
January – December, 1994
Employee, Technical Writer
Wrote documents for telemedicine information system
$42,000 per year, full benefits, involuntary, Marian McMullen

Lotus Development Corporation, One Rogers Street, Cambridge, MA
March 1992 – April, 1993
Consultant, Contract Writer/Indexer
Wrote database and network administrator guides, edited developer guide, indexed user guide
$30 per hour, no benefits, involuntary, Debbie Stolper

Wang Laboratories, One Industrial Avenue, Lowell, MA
October 1984 – October 1987, Employee, Software Technical Writer
November 1987 - June 1991, Employee, Senior Technical Writer
Wrote customer, technical, and analyst documentation
$27,000 - $38,000 per year, full benefits, involuntary, James Kirkpatrick

Chas. T. Main, Inc., 101 Huntington Avenue, Boston, MA
October 1981 – June 1983
Employee, Technical Writer
Wrote software documents developed for the Massachusetts Bay Transportation Authority,
Boston Accessing Department, and a South African pulp and paper mill
$18,000 per year, full benefits, involuntary, Thomas Melanson

Massachusetts Department of Public Works (DPW), 100 Nashua Street, Boston, MA
July 1976 – July 1980
Provisional Employee, Planning Assistant
August 1980 – September 1981, Provisional Employee, Transportation Planner
Developed and maintained Management Information System of state highways and bridges
$12,000 - $15, 000 per year, full benefits, involuntary, Thomas Richardson

Massachusetts Department of Administration and Finance
One Ashburton Place, Boston, MA
March – May 1980
On Loan for Special Project, Specifications Writer
Wrote job descriptions for U.S. Civil Service Commission and Massachusetts Legislative Joint
Transportation Committee proposal, received regular pay and full benefits from DPW,
occasional hourly overtime pay, involuntary, James Hartnett

Municipal Court of the Roxbury District, 85 Warren Street, Roxbury, MA
September 1974 – March 1974
Co-Op Student Employee, Senior Clerk
September 1975 – July 1976, Employee, Senior Clerk
Processed documents for criminal business in the Clerk's Office
$8,000 - $10,000 per year, full benefits, voluntary, Detective Frederick McLean

Boston Globe, 185 Morrissey Blvd., Dorchester, MA
June 1972 – June 1974
Co-Op Student Employee, Aide-to-the-Editor
Prepared correspondence, scheduled interviews, answered telephone calls, monitored and
delivered wire services copy
$8,000 per year, partial benefits, voluntary, Jack Driscoll

## INTERROGATORY 5:

Senior Member of Technical Staff, November 1998, $42,000, Michael Potash,
55 Broadway, Cambridge, MA
Dorchester, MA

Senior Member of Technical Staff, March 1999, $44,000, Michael Potash,
55 Broadway, Cambridge, MA
Roxbury, MA

Senior Member of Technical Staff, March 2000, $46,000, Marv Todd,
55 Broadway, Cambridge, MA
Roxbury, MA

Senior Member of Technical Staff, March 2001, $48,000, Marv Todd,
55 Broadway, Cambridge, MA
Roxbury, MA

Senior Member of Technical Staff, February 2002, $51,000, Marv Todd,
55 Broadway, Cambridge, MA
Roxbury, MA

## INTERROGATORY 6:

Defendant Ralph Busby was CSC director of the Technical Support Services Contract at the
Volpe National Transportation Systems Center in Cambridge, MA.

Defendant John Butler was Plaintiff's Department Senior Manager.

Defendant Marvin Todd was Plaintiff's Supervisor.

Defendant Patti Skiles was the CSC Human Resources Representative.

Defendant Jacqueline Newstadt was employed by and represented CSC at the MCAD hearing.

## INTERROGATORY 7:

More concerned about principle, truth, and professional integrity, Plaintiff cannot put a price
on damages and requests a jury determination.

## INTERROGATORY 8:

No expert witnesses will testify for Plaintiff.

## INTERROGATORY 9:

Plaintiff does not recall the names, addresses, contacts, and dates of each potential employer.

Since February 2002, Plaintiff's job search included searching and applying for jobs on the Massachusetts Department of Employment and Training (DET) and other government/company websites.

From her memory, Plaintiff visited and completed applications at the following Boston locations:

The Work Place, 99 Chauncey Street
Career Connections, 1010 Harrison Avenue
Roxbury Resource Center, 2201 Washington Street
Jewish Vocational Services, 29 Temple Place
Millennium Training Institute, 263 Summer Street
Total Clerical Services, 8 Winter Street
Venturi Staffing Partners, 134 Water Street
Adecco Employment, One Post Office Square
Creative Financial Staffing,155 Federal Street.

Plaintiff does not retain documents reflecting her job searches.

## INTERROGATORY 10:

Plaintiff objects to this line of questioning as it has no bearing on the matter at hand.

## INTERROGATORY 11:

Upon termination from Computer Sciences Corporation February 7, 2002, Plaintiff applied for unemployment benefits from the Massachusetts Department of Employment and Training. When Plaintiff's application was denied, Plaintiff appealed the decision. In April 2002, the decision was overturned. Plaintiff received approximately $20,000 in unemployment compensation in 2002.

## INTERROGATORY 12:

Peggy Dolan, Clinical Therapist, MSW
Boston Medical Center Behavioral Services, Boston
March, May, September, December 2002
Plaintiff received counseling for distraught feelings due to unemployment, worthiness, and financial crisis.

Dr. Ugazara, Psychiatrist, MD, PhD
Boston Medical Center Behavioral Services, Boston
June 2002
Plaintiff complained of emotional distress, was tested and diagnosed with severe depression. Diet, exercise, and medication were recommended.

Dr. Anna Fitzgerald, MD, PhD
Boston Medical Center Behavioral Services, Boston
January, April, June, December 2003, March and July 2004
Having tried diet and exercise, yet still depressed, fearful of being alone, unemployed and looking for work at 50, and in debt, Plaintiff was prescribed and continues to take medication.

Plaintiff applied for and received free medical care at Boston Medical Center.

## INTERROGATORY 13:

Plaintiff told CSC Defendants Marv Todd and John Butler that she was being treated unfairly on the Enhanced Traffic Management Team. Defendants ignored Plaintiff's remarks.

## INTERROGATORY 14:

January – May 2000, Plaintiff received $3,707.99 per month from CSC employment.
June – December 2000, Plaintiff received $3,874.66 per month from CSC employment.
January – May 2001, Plaintiff received $3,874.66 per month from CSC employment.
June – December 2001, Plaintiff received $4,041.32 per month from CSC employment.
January – February 2002, Plaintiff received $4,041.32 per month from CSC employment.
February – October 2002, Plaintiff received $484 per week from DET unemployment compensation.
November 2002 – Present, Plaintiff received about $500 income.

Respectfully submitted,

*Ruth Anthony*
Ruth Anthony, Pro Se
60 Edgewood Street, Roxbury, MA 02119
(617) 445-5889

## CERTIFICATE OF SERVICE

This is to certify that on July 29, 2004, a copy of the foregoing document was delivered by first-class mail to Attorney Joan Ackerstein, Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116.

*Ruth Anthony*
Ruth Anthony