# **EXHIBIT D**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RUTH ANTHONY,

    Plaintiff

v.

RALPH BUSBY, JOHN BUTLER, MARV TODD,
JACQUELINE NEWSTADT,
PATTI SKILES, and COMPUTER SCIENCES
CORPORATION (CSC),

    Defendants

Civil Action No. 03-cv-12423-RWZ

## GUIDE TO DOCUMENTS REQUESTED BY DEFENDANTS

| Request No. | Subject/Comments | Named Exhibit | Pages |
|---|---|---|---|
| 1 | None | | |
| 2 | None | | |
| 3 | 2001 Performance Appraisal Review (PAR), page 3 | A | 1 |
| 4 | 2001 Performance Appraisal Review (PAR), page 4 | B | 1 |
| 5 | CSC Job Family Categories and Descriptions | C | 12 |
| 6 | E-mail From Plaintiff to Marv Todd | D | 1 |
| 7 | 2001 PAR Comments | E | 2 |
| 8 | June 16, 2001 message regarding Move | F | 1 |
| 9 | October 22 and January 9, 2001 messages regarding move | G | 2 |
| 10 | January 18, 29, 2001 messages regarding move | H | 2 |
| 11 | CSC Technical Writer advertisements | I | 13 |
| 12 | None | | |
| 13 | None | | |
| 14 | None | | |
| 15 | See all other documents submitted. | | |
| 16 | February 7, 2002 termination meeting | J | 9 |
| 17 | Compensation | K | 4 |
| 18 | None | | |
| 19 | W-2 Forms | L | 2 |
| 20 | Most recent Pay Stub | M | 1 |
| 21 | None | | |
| 22 | None | | |
| 23 | Job Searches and resumes | N | 10 |
| 24 | None | | |
| 25 | DET Unemployment Compensation records | O | 8 |
| 26 | See all other documents submitted. | | |
| 27 | None | | |