# **EXHIBIT E**

| Box | 2001 W-2 | Box | 2002 W-2 |
|---|---|---|---|
| 1 Wages, tips, other compensation | 49913.28 | 1 Wages, tips, other compensation | 9120.41 |
| 2 Federal Income tax withheld | 9734.74 | 2 Federal Income tax withheld | 1851.03 |
| 3 Social security wages | 49913.28 | 3 Social security wages | 9120.41 |
| 4 Social security tax withheld | 3094.62 | 4 Social security tax withheld | 565.47 |
| 5 Medicare wages and tips | 49913.28 | 5 Medicare wages and tips | 9120.41 |
| 6 Medicare tax withheld | 723.74 | 6 Medicare tax withheld | 132.25 |
| a Control number | 00513412 | a Control number | 00513412 |
| b Employer's FED ID number | 95-2043126 | b Employer's FED ID number | 95-2043126 |
| d Employee's SSA number | 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 | d Employee's SSA number | 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 |
| 12a (Code C) | 2.24 | 12a (Code C) | 0.63 |
| 13 Retirement plan | X | 13 Retirement plan | X |
| 15 State | MA | 15 State | MA |
| Employer's state ID | 95-2043126-05 | Employer's state ID | 95-2043126-05 |
| 16 State wages, tips, etc. | 49913.28 | 16 State wages, tips, etc. | 9120.41 |
| 17 State income tax | 2687.29 | 17 State income tax | 456.28 |

Employer: Computer Sciences Corporation, 2100 East Grand Ave, El Segundo CA 90245

Employee: RUTH ANTHONY, 60 EDGEWOOD STREET, ROXBURY MA 02119

Form W-2 Wage and Tax Statement — OMB. No. 1545-0008 — Copy C for Employee's records