# **EXHIBIT F**

1   of it.
2       Q.   Is it fair to say that in connection with
3   your layoffs or separation from any of these other
4   seven employers that we talked about, you did not
5   file any kind of claim?
6       A.   What kind of claim?
7       Q.   A discrimination claim.
8       A.   Well, yes, one, but I didn't actually file
9   a claim.  Well, I guess I did.  It was dismissed
10  with -- it was settled and never to be mentioned
11  again.
12      Q.   Which employer did you bring claim against?
13      A.   I'm not to mention it.
14      Q.   Well, I'm going to press this question,
15  because I believe that I'm entitled to the
16  information.
17      A.   Well, they told me -- part of the
18  settlement said that I would never discuss that
19  again.
20      Q.   You brought a claim of race discrimination
21  against one of these employers?
22      A.   Yes.
23      Q.   Were you represented by an attorney?
24      A.   Yes.

1    Q.    You brought the claim at the Massachusetts
2    Commission Against Discrimination?
3    A.    No.
4    Q.    Did you bring it at the Equal Employment
5    Opportunity Commission?
6    A.    No.
7    Q.    Where did you bring it?
8    A.    I don't remember.
9    Q.    But the basis was that something happened
10   to you at work that you felt was due to your race?
11   A.    Not really.
12   Q.    Could you tell us the basis.
13   A.    I'm not supposed to discuss it anymore.
14   Q.    How much did you get in settlement of the
15   claim?
16   A.    I'm not to discuss it.
17   Q.    What year did this occur?
18   A.    A long time ago.
19   Q.    If we agree to keep this information
20   confidential, will you share that us?
21   A.    I can't.  I don't know.  No.
22   Q.    Just so you understand what I'm going to
23   do, I believe that my clients are entitled to this
24   information, and so I'm going to press the point

1  with the Judge.
2          I would assume, Ms. Anthony, if the Judge
3  orders you to disclose this information, you would
4  disclose it?
5      A.   If it's legal.
6      Q.   Do you still have documents that relate to
7  this claim?
8      A.   No.  I never did.
9      Q.   But something happened with one of these
10 employers which you felt was unfair?
11     A.   Well, you know, it was so long ago I really
12 don't remember, but it was something that I
13 questioned.
14         I always question things.  I mean, that's
15 part of my upbringing.  I questioned something, and,
16 you know, found something out.  That's all.
17     Q.   Is it just one of these employers against
18 whom you brought a claim, or is there more than one?
19     A.   Yes, one.
20     Q.   Have you brought any lawsuits against
21 anybody else?
22     A.   No.  I don't make it a career of doing
23 that.
24     Q.   You have not filed any claims other than

1  So, I mean, I'm let go with no severance, no
2  unemployment.
3      I was denied the unemployment at first, and
4  then I appealed it.  I was later granted it two or
5  three months after, which by then I had exhausted my
6  little savings.
7      I mean, if that's not unfair, I don't know
8  what it is.  I mean, that has never happened to me.
9  There was never a performance issue either.
10     Q.   And there was no performance issue with the
11 other employer either?
12     A.   No.
13     Q.   Just to be clear, because we are going to
14 pursue this with the Court, you are not prepared to
15 tell us which of these other employers you sued,
16 what the basis of the suit was or what the amount of
17 settlement was; is that right?
18     A.   (Witness nods)
19     Q.   You have to answer yes or no.
20     A.   Yes.
21     Q.   I take it the basis of your refusal to
22 answer is that you signed a settlement agreement and
23 you think you are bound to keep it confidential;
24 that's why you won't tell us?

1  Employment.  Are these the only two employers that
2  you had since you left?
3      A.   Well, no.  I had another one.  They are all
4  temporary.
5      Q.   I understand.
6      A.   I worked at Partners Healthcare.
7      Q.   When did you do that?
8      A.   I think it was July or August, sometime
9  during the summer.  It was for two weeks.
10     Q.   2004?
11     A.   Yes.
12     Q.   How did you get that job?
13     A.   Through one of the temp agencies.
14     Q.   Which one?
15     A.   A different one that's not listed here.
16 It's called "Creative Financial Services," CFS or
17 something like that.
18     Q.   Is Venturi Staffing Partners also a
19 temporary agency?
20     A.   Yes.
21     Q.   And Adecco is a temporary agency?
22     A.   Yes.
23     Q.   Your employment ended with CSC on
24 February 7, 2002.  Did you have any other employment

```
 1   in 2002 other than the six weeks or so at CSC?
 2        A.   No.
 3        Q.   Did you have any employment in 2003?
 4        A.   No.
 5        Q.   The only employment you had in 2004 was in
 6   the summer?
 7        A.   Yes, when I finished that medical office
 8   program, and the school had -- they didn't have a
 9   placement agency, but they had some connections with
10   the temp agencies, and that's the only way I was
11   able to find another job without providing a
12   reference in a job outside my field, you know, which
13   now I'm trying to change fields, change careers and
14   reestablish myself.
15        Q.   Did you tile a tax return for 2002?
16        A.   Yes.
17        Q.   Did you file a tax return for 2003?
18        A.   No.
19        Q.   The tax return that you filed in 2002, did
20   you do that by yourself, or did you get help from
21   someone?
22        A.   I got help.
23        Q.   Who would you have gotten help from?  Do
24   you have an accountant?
```

1  Q. How many hours a week do you work?
2  A. Maximum of 30.
3  Q. How long is this going to continue, do you
4  know?
5  A. I don't know.
6  Q. Your testimony, Ms. Anthony, is that after
7  your employment at CSC ended, you did no work in
8  2002, you did no work in 2003, and you only began to
9  do some part-time temporary work beginning in June
10 of 2004.
11     Who would be the people that would confirm
12 that you've been unemployed for over two years?
13 A. I don't know, a couple of people, but it
14 depends because people don't know about this, and I
15 don't want them to know. I mean, I don't understand
16 what you are asking and why.
17 Q. You are contending that you have not been
18 working for two plus years.
19 A. Yes, right.
20 Q. Since I'm defending the defendants, who you
21 are blaming for this, I believe I have a right to
22 challenge that position that you are taking, and the
23 only way that I can do that is by talking to people
24 who know you.

```
 1    Q.   Is it a home?
 2    A.   Yes.
 3    Q.   Is the home in your name?
 4    A.   Yes, which is another reason for why would
 5  I resign when I have a house by myself?
 6    Q.   Is there a mortgage on the house?
 7    A.   Yes.
 8    Q.   How much is your monthly payment for the
 9  mortgage?
10    A.   850.
11    Q.   $850?
12    A.   Yes.
13    Q.   Who holds the mortgage?
14    A.   Citizens -- no. It's Chase Bank or
15  somebody. I don't know.
16    Q.   You have not missed any mortgage payments?
17    A.   Well, they've been late.
18    Q.   You have not missed any, though?
19    A.   Not yet, thank goodness.
20    Q.   Is there a reason you didn't file an income
21  tax return in 2003?
22    A.   I didn't earn anything. I went to them.
23  The IRS said I didn't earn enough to be bothered
24  with it.
```

1    I wanted to make sure with the house and
2  everything, you know. They said that you had to
3  make or earn at least $3,000 or something like that.
4    Q.  At some point in your life, Ms. Anthony,
5  have you had counseling?
6    A.  Yes.
7    Q.  When did you have your first counseling?
8    A.  About six months after I left CSC.
9    Q.  Who was that with?
10   A.  At the Boston Medical Center, a therapist,
11 Peggy Dolan.
12   Q.  I think you gave us some names in the
13 answers to interrogatories. You said you saw Peggy
14 Dolan, a clinical therapist at Boston Medical Center
15 in March, May, September and December of 2002, do
16 you see that?
17   A.  (Examines document)  Yes.
18   Q.  Why did you see Peggy Dolan?
19   A.  Because I needed somebody. I wanted
20 somebody to talk to. I was holding all of this in.
21         I was so embarrassed I didn't really even
22 want people to know that I was no longer working,
23 that I needed help, and I think those two people,
24 Val and Wally, are really the only people that I

1  told, tried to explain this whole situation and what
2  happened.  They are the only people that know
3  really.
4        Even these people here, Peggy and them, I
5  just talked to them, you know, about my depression
6  and stuff, you know.
7     Q.   It says that you saw her in March, May,
8  September, December?
9     A.   Something like that.
10    Q.   Was that four visits?
11    A.   Something like that.  She had me come in
12 like once a month or every couple of weeks or
13 something.
14    Q.   How did you get to Dr. Ugazara?  Did
15 Ms. Dolan suggest that you see him?
16    A.   Yes.
17    Q.   You saw him once?
18    A.   Yes.
19    Q.   He's a psychiatrist?
20    A.   Yes.
21    Q.   What did you see him for?
22    A.   He gave me some kind of test and said that
23 I rated high on it for depression.  He said that I
24 should go on some medication.

54

```
 1      Q.   Did you take any medication?
 2      A.   No, not at that time.
 3      Q.   Then it says that you saw Dr. Anna
 4  Fitzgerald in 2003 and 2004.  She's also a
 5  psychiatrist?
 6      A.   Yes.
 7      Q.   How many times did you see her?
 8      A.   I don't know, about four or five times.  I
 9  still see her.
10      Q.   You currently are seeing her?
11      A.   Yes.  I like her.
12      Q.   What do you see her for?
13      A.   But she doesn't know about this either.
14  It's just for depression.
15      Q.   You have not told Dr. Fitzgerald that you
16  brought this lawsuit then?
17      A.   No.  Why I would tell anybody?  I don't
18  tell anybody that.
19      Q.   You have not told Dr. Ugazara either?
20      A.   I don't see him anymore.
21      Q.   Did you tell Dr. Ugazara?
22      A.   No.
23      Q.   And you didn't tell Peggy Dolan?
24      A.   No.  I just told them -- I just talked to
```

1  them about my financial problems and being
2  unemployed, you know.
3       Q.    Are you working with any recruiter to find
4  you a job as a technical writer?
5       A.    No.
6       Q.    Are you changing careers because you want
7  to run a medical office?
8       A.    No.  It just seems to be those were the
9  only jobs I was seeing at the time.  I thought I
10 might be able to transfer some skills there.
11            It just seemed like, you know, you have to
12 break into the network somehow, so I thought, you
13 know, if I took a course and, you know, find out a
14 little bit more about the different types of jobs,
15 maybe I could find a niche there.
16            You know, I still want to be a technical
17 writer, though.  I mean, I've done that, you know,
18 for so long.  I enjoy doing it.  I would like to
19 continue doing that, but...
20      Q.    Have you made an effort to start your own
21 business as a writer?
22      A.    Well, yes.  I thought I sort of had
23 something, but now without -- I have to get clients,
24 and I feel like with this thing, CSC, and having

1  been there for five years and everything, you know,
2  people are going to want to know about what happened
3  and stuff.
4       Also, some of the clients I feel, you know,
5  that I would be attracted to would be in government.
6     Q.   My question to you is have you actually
7  tried to start your own business?
8     A.   Yes.
9     Q.   What is that name of the business?
10    A.   Tech Writer Services.
11    Q.   Have you registered the name somewhere?
12    A.   No.  I'm registered as a sole proprietor
13 under Ruth Anthony.  I mean, I have a business plan
14 for Tech Writer Services.
15    Q.   When did you develop the business plan?
16    A.   At the JVS, when I took that course in
17 small business administration.
18    Q.   Have you made an effort to get some funding
19 from someone to start you up?
20    A.   No.
21    Q.   Have you spoken with Val about getting
22 funding as a minority business?
23    A.   Yes, I did.
24    Q.   When did you speak to Val about getting

1   funding as a minority business?
2       A.   Well, we talked about that a while ago,
3   actually, while I was still at CSC -- before I went
4   with CSC, because I was doing contracting, you know,
5   on my own.
6            At the time when I left Wang, all the jobs
7   I could get were like contracts to get back into the
8   industry.
9       Q.   This business that you want to run you
10  could do from your home; is that right?
11      A.   Yes.
12      Q.   Have you done any advertising of Tech
13  Writer Services?
14      A.   No.  I mean, I have done stuff like, you
15  know, but not put it on the web.  I mean, I can't
16  bring -- and this is why I've been talking to the
17  therapist, too.  I seem to like procrastinate.  You
18  know, I have ideas and stuff, and I think I should
19  do this or that, but somehow I don't follow through
20  with it.
21      Q.   Have you actually written a proposal for
22  funding for a minority business?
23      A.   Not for a minority business, but just for a
24  business, small business.

1    Q.    Other than this, is there anything else you
2  want me to know about your employment that's
3  relevant to your claim?
4    A.    No, I don't think so.
5    Q.    Let me tell you what I'm going to do now.
6  Well, let me ask you one more question.
7         You have not given us copies of any tax
8  returns.  If I send you an authorization to obtain
9  copies of your tax returns, will you sign that
10 authorization?
11   A.    Yes, I will.  I mean, I have nothing to
12 hide.  I didn't file them for 2003.  I just filed in
13 2002.  I sent you the W-2 Form, though.
14   Q.    I'm going to suspend the deposition.  We
15 have a conference with the Judge in December.  I'm
16 going to talk to the Judge about my desire to
17 question you about the other claim that you have
18 brought?
19   A.    What other claim?
20   Q.    You told us earlier today you brought a
21 claim against one of these employers, and you would
22 not disclose that information.  I believe we are
23 entitled to know that.  I'm going to ask the Judge
24 for that information.  I'm going to suspend at this

1  time.
2       Will you also sign an authorization for us
3  to get your records from Boston Medical Center?
4       A.   Yes.
5       Q.   I will send you that as well.
6            MS. ACKERSTEIN:  That's all I have for
7  today.  I guess we will have our meeting with the
8  Judge in December.  Thank you very much,
9  Ms. Anthony.
10           THE WITNESS:  Thank you.
11               (Whereupon the deposition
12               was suspended at 3:10 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24