# **EXHIBIT G**

Case 1:03-cv-12423-RWZ    Document 22-8    Filed 01/11/2005    Page 1 of 2



Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ATLANTA, GA | LOS ANGELES, CA | SACRAMENTO, CA |
| 75 Park Plaza | BOSTON, MA | MIAMI, FL | SAN FRANCISCO, CA |
| Boston, Massachusetts 02116 | CHICAGO, IL | MINNEAPOLIS, MN | SEATTLE, WA |
| | DALLAS, TX | MORRISTOWN, NJ | STAMFORD, CT |
| Tel 617 367-0025 | GREENVILLE, SC | NEW YORK, NY | WASHINGTON, DC REGION |
| Fax 617 367-2155 | HARTFORD, CT | ORLANDO, FL | WHITE PLAINS, NY |
| www.jacksonlewis.com | LONG ISLAND, NY | PITTSBURGH, PA | |

December 16, 2004

Ruth Anthony
60 Edgewood Street
Roxbury, MA 02119

Re:  *Ruth Anthony v. Ralph Busby, et al.*
     Civil Action No. 03-CV-12423-RWZ

Dear Ms. Anthony:

In connection with the above-referenced matter, we enclose the following documents for your signature:

1. Medical Records Authorization;

2. Mental Health Records Authorization; and

3. Federal Income Tax Records Authorization.

As you will recall, you indicated at your deposition on November 23, 2004, that you would be willing to sign such authorizations. Please sign these authorizations where indicated and return them to us in the enclosed, stamped envelope. Please note that we will use information obtained through use of these authorizations only in this lawsuit.

Thank you for your attention to this matter.

Very truly yours,

JACKSON LEWIS LLP

Heather Stepler

Heather L. Stepler

HLS/kam
Enclosures

cc: Joan Ackerstein