# **EXHIBIT H**

# **FEDERAL INCOME TAX RECORDS AUTHORIZATION**

I, Ruth Anthony, hereby authorize the law firm of JACKSON LEWIS LLP, or any of its representatives, to examine, and/or duplicate any and all documentation you have in your files pertaining to my filing of tax returns from 2000 to present, including, but not limited to income tax returns, W-2 forms, and any and other documents reflecting my income.

This authorization is focused on all Internal Revenue tax records and entire files relating to payment and or default of taxes that is in your possession, custody or control. This authorization is NOT limited as to time and scope.

A photocopy of this authorization shall be considered as effective and valid as the original.

|  |  |
|---|---|
| Signed: | _____ |
|  | RUTH ANTHONY |
| Current Address: | 60 Edgewood Street |
|  | Roxbury, MA 02119 |
| DOB: | 10/15/52 |
| SS#: | 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 |

Dated: