# **EXHIBIT J**

# MEDICAL RECORDS AUTHORIZATION

I, <u>RUTH ANTHONY</u>, hereby authorize the use or disclosure of my health information as described in this authorization.

**ANY INFORMATION NOT PROVIDED SHALL BE COMPLETED BY THE UNDERSIGNED.**

1. Name person/organization (or class of persons) authorized to provide the health information:

   **Any and all health care providers who have provided medical treatment or healthcare to Ruth Anthony beginning January 2001 through the present.**

2. Name person(s)/organization(s) (or class of person) authorized to receive and use the information:

   **Please deliver the medical records to:**
       **Joan Ackerstein**
       **Jackson Lewis LLP**
       **75 Park Plaza**
       **Boston, MA 02116**

3. Provide a specific and meaningful description of the information you authorize to be disclosed (*Example:* "medical examination report and conclusions related to a fitness-for-work exam" or "results of drug testing for employment"):

   *Any and all records relating to medical treatment provided to me from **January 2001 through the Present**. These records include, but are not limited to:*

   - Entire patient medical record
   - Operative Reports
   - Medical Record Abstract
   - Laboratory Reports
   - Consults Reports
   - Visit notes
   - Discharge Summary
   - Pathology Reports
   - History and Physical Report
   - Test Reports
   - Photographs/Videos/Text
   - X-Rays / X-Ray Reports
   - Radiation Reports

   **NOTE: If this authorization relates to a use or disclosure of psychotherapy notes, it may not be combined with an authorization to disclose any other health information.**

4. State the purpose of the request (If you do not wish to state a purpose, please state, "at the request of the individual."):

   *I am currently involved in litigation. These medical records are to be used by Jackson Lewis LLP in connection with this litigation.*

**The following paragraphs describe your rights with respect to this Authorization:**

1. I understand that I have the right to revoke this authorization at any time by notifying in writing the person/organization authorized herein at Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116.

2. I understand that the revocation is only effective after it is received and logged by such person/organization. I understand that any use or disclosure made prior to the revocation of the authorization will not be affected by the revocation nor will the revocation apply to disclosures made in reliance on this authorization.

3. I understand that after this information if disclosed, federal law might not protect it and the recipient might redisclose it.

I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment or payment or my eligibility for benefits.

4. I understand that I am entitled to receive a copy of this authorization.

5. I understand: (*Please check one*)

    X  this authorization will terminate once the purpose for the authorization has been accomplished.
    ☐  this authorization will terminate on _____ (*insert date*) or sooner in the event I revoke the authorization in writing as provided above.

6. I understand that this authorization is voluntary.

      Signature of Patient      _____

      Date      _____

*Personal Representative's Section:*

I, _____, hereby certify that I am the personal representative of _____ and warrant that I have the authority to sign this form on the basis of:
_____
_____