**EXHIBIT K**

**Stepler, Heather (BOS)**

**From:** Anthony01@comcast.net
**Sent:** Sunday, December 19, 2004 6:38 PM
**To:** Stepler, Heather (BOS)
**Cc:** Ackerstein, Joan S. (Boston)
**Subject:** Anthony v. Busby, et al.

December 19, 2004

Dear Atty. Stepler:

I find it in my best interest NOT to disclose my medical, mental health, and tax records at this time. Thank you.

Yours truly,

Ruth Anthony

1/7/2005