## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RUTH ANTHONY,

          Plaintiff,

v.

RALPH BUSBY, JOHN BUTLER, MARV
TODD,    JACQUELINE    NEWSTADT,
PATTI    SKILES,    and    COMPUTER
SCIENCES CORPORATION,

          Defendants.

Civil Action No. 03-cv-12423-RWZ

### AFFIDAVIT OF HEATHER STEPLER IN SUPPORT OF
### DEFENDANTS' MOTION TO EXTEND THE SUMMARY JUDGMENT TIMELINE
### AND TO RESCHEDULE THE SUMMARY JUDGMENT HEARING
### IN LIGHT OF THE COURT'S FEBRUARY 16, 2005 RULING

Heather Stepler, on oath, deposes and says as follows:

1.     I am an associate of Jackson Lewis LLP, a firm with an office at 75 Park Plaza, Boston, Massachusetts, 02116. I am involved in the defense of this action.

2.     On February 16, 2005, we received electronic notice that the Court had granted Computer Sciences Corporation's ("CSC") motion to compel. The Court's order stated: "If plaintiff fails to answer fully she will be subject to sanctions under Rule 37."

3.     On February 16, 2005, after receiving notice that CSC's motion to compel was granted, we sent a letter to Plaintiff. In order to facilitate Plaintiff's compliance with the Court's Order, along with the letter, we sent the Mental Health Records Authorization and the Request for Copy of Tax Return form for Plaintiff's signature, as well as a copy of Defendants' Interrogatories. A true and accurate copy of the letter and enclosures sent to Plaintiff on February 16, 2005 is attached hereto as Exhibit A.

Signed under the pains and penalties of perjury this _____ day of February, 2005

/s/ Heather L. Stepler_____
Heather L. Stepler

## CERTIFICATE OF SERVICE

This is to certify that on February _18th_, 2005, a copy of the foregoing document was served upon Plaintiff, Ruth Anthony, 60 Edgewood Street, Roxbury, MA, 02119 by first class mail, postage prepaid.

/s/ Heather L. Stepler_____
Jackson Lewis LLP

# **EXHIBIT A**



| | ATLANTA, GA | LOS ANGELES, CA | SACRAMENTO, CA |
|---|---|---|---|
| Jackson Lewis LLP | BOSTON, MA | MIAMI, FL | SAN FRANCISCO, CA |
| 75 Park Plaza | CHICAGO, IL | MINNEAPOLIS, MN | SEATTLE, WA |
| Boston, Massachusetts 02116 | DALLAS, TX | MORRISTOWN, NJ | STAMFORD, CT |
| Tel 617 367-0025 | GREENVILLE, SC | NEW YORK, NY | WASHINGTON, DC REGION |
| Fax 617 367-2155 | HARTFORD, CT | ORLANDO, FL | WHITE PLAINS, NY |
| www.jacksonlewis.com | LONG ISLAND, NY | PITTSBURGH, PA | |

February 16, 2005

Ruth Anthony
60 Edgewood Street
Roxbury, MA  02119

      Re:    *Ruth Anthony v. Ralph Busby, et al.*
              *Civil Action No. 03-CV-12423-RWZ*

Dear Ms. Anthony:

We received notice today that the Court granted Computer Sciences Corporation's Motion to Compel in connection with the above referenced matter. As you will recall, in its Motion to Compel, CSC sought: (1) an authorization for the release of your income tax returns from 2002 to the present; (2) an authorization for the release of your mental health records from 2001 to the present; and (3) an answer to Interrogatory No. 10 regarding your claim of race discrimination against another employer.

In order to facilitate your compliance with the Court's order, we enclose the following documents:

    1.      Mental Health Records Authorization;

    2.      Request for Copy of Tax Return; and

    3.      A copy of the Interrogatories, so that you can see the information sought in Interrogatory No. 10.

Please sign the Mental Health Records Authorization and the Request for Copy of Tax Return form where indicated and return them to us in the enclosed, stamped envelope. We look forward to receiving the signed forms as well as information regarding the settlement of your lawsuit against Charles T. Main.



Ruth Anthony
February 16, 2005
Page 2

Thank you for your attention to this matter.

Very truly yours,

JACKSON LEWIS LLP

Heather L. Stepler

HLS/kam
Enclosures

cc:    Joan Ackerstein

# MENTAL HEALTH RECORDS AUTHORIZATION

I, <u>RUTH ANTHONY</u>, hereby authorize the use or disclosure of my mental health information as described in this authorization.

**ANY INFORMATION NOT PROVIDED SHALL BE COMPLETED BY THE UNDERSIGNED.**

1.  Name person/organization (or class of persons) authorized to provide the health information:

    **Any and all mental health care providers (including but not limited to psychologists, psychotherapists, social workers, clergy, marriage counselors, sexual assault counselors, drug counselors and HIV/AIDS counselors) who have provided counseling, treatment or healthcare to Ruth Anthony beginning January 2001 through the present.**

2.  Name person(s)/organization(s) (or class of person) authorized to receive and use the information:

    **Please deliver the mental health records to:**
    > **Joan Ackerstein**
    > **Jackson Lewis LLP**
    > **75 Park Plaza**
    > **Boston, MA 02116**

3.  Provide a specific and meaningful description of the information you authorize to be disclosed (*Example:* "medical examination report and conclusions related to a fitness-for-work exam" or "results of drug testing for employment"):

    *Any and all records relating to mental health treatment provided to me from **January 2001 through the present**. These records include, but are not limited to:*

    - Entire patient medical record
    - Operative Reports
    - Laboratory Reports
    - Consults Reports
    - Visit notes
    - Discharge Summary
    - History and Physical Report
    - Test Reports
    - Photographs/Videos/Text
    - Medical Record Abstract

    **NOTE: If this authorization relates to a use or disclosure of psychotherapy notes, it may not be combined with an authorization to disclose any other health information.**

4.  State the purpose of the request (If you do not wish to state a purpose, please state, "at the request of the individual."):

    *I am currently involved in litigation. These mental health records are to be used by Jackson Lewis LLP in connection with this litigation.*

    **The following paragraphs describe your rights with respect to this Authorization:**

1.  I understand that I have the right to revoke this authorization at any time by notifying in writing the person/organization authorized herein at Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116.

2.  I understand that the revocation is only effective after it is received and logged by such person/organization. I understand that any use or disclosure made prior to the revocation of the authorization will not be affected by the revocation nor will the revocation apply to disclosures made in reliance on this authorization.

3.  I understand that after this information if disclosed, federal law might not protect it and the recipient might redisclose it.

    I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment or payment or my eligibility for benefits.

4.  I understand that I am entitled to receive a copy of this authorization.

5.  I understand: (*Please check one*)

    X  this authorization will terminate once the purpose for the authorization has been accomplished.

    ☐  this authorization will terminate on _____(*insert date*) or sooner in the event I revoke the authorization in writing as provided above.

6.  I understand that this authorization is voluntary.



Signature of Patient         _____

Date                         _____

*Personal Representative's Section:*

I, _____, hereby certify that I am the personal representative of _____ and warrant that I have the authority to sign this form on the basis of:

_____

_____

Form **4506**
(Rev. January 2004)

Department of the Treasury
Internal Revenue Service

# Request for Copy of Tax Return

► Do not sign this form unless all applicable parts have been completed.
Read the instructions on page 2.
► Request may be rejected if the form is incomplete, illegible, or any required part was blank at the time of signature.

OMB No. 1545-0429

**TIP:** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the tax return and usually contains the information that a third party (such as a mortgage company) requires. See new **Form 4506-T**, Request for Transcript of Tax Return, to order a transcript or you can call 1-800-829-1040 to order a transcript.

| 1a | Name shown on tax return. If a joint return, enter the name shown first. | 1b | First social security number on tax return or employer identification number (see instructions) |
|----|----|----|----|
| | RUTH ANTHONY | | 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 |

| 2a | If a joint return, enter spouse's name shown on tax return | 2b | Second social security number if joint tax return |
|----|----|----|----|
| | | | |

**3**  Current name, address (including apt., room, or suite no.), city, state, and ZIP code
Ruth Anthony, 60 Edgewood Street, Roxbury, MA 02119

**4**  Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3

**5**  If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax return.
Joan Ackerstein
Jackson Lewis, LLP
75 Park Plaza, Boston, MA  02116   (617) 367-0025

**CAUTION:** Lines 6 and 7 must be completed if the third party requires you to complete Form 4506. **Do not** sign Form 4506 if the third party requests that you sign Form 4506 and lines 6 and 7 are blank.

**6**  Tax return requested (Form 1040, 1120, 941, etc.) and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ►   1040

Note: If the copies must be certified for court or adminstrative proceedings, check here. . . . . . . . . . . . . . . ►  ☒

**7**  Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506.

  12 / 31 /2002        12 / 31  / 2003        /   /        /   /

**8**  Fee. There is a $39 fee for each return requested. **Full payment must be included with your request or it will be rejected.** Make your check or money order payable to "United States Treasury." Enter your SSN or EIN and "Form 4506 request" on your check or money order.

| | | | |
|---|---|---|---|
| **a** | Cost for each return   .   .   .   .   .   .   .   .   . | $ | 39.00 |
| **b** | Number of returns requested on line 7   .   .   .   .   . | | 2 |
| **c** | Total cost. Multiply line 8a by line 8b   .   .   .   .   .   .   .   .   . | $ | 78.00 |

**9**  If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here  .  . ►  ☒

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, **either** husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer.

Telephone number of taxpayer on line 1a or 2a
(   )

**Sign Here**

Signature (see instructions)                                    Date

Title (if line 1a above is a corporation, partnership, estate, or trust)

Spouse's signature                                    Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.            Cat. No. 41721E            Form **4506** (Rev. 1-2004)

Form 4506 (Rev. 1-2004)                                                                                          Page **2**

## Changes To Note

*Section references are to the Internal Revenue Code.*

● **Form 4506,** Request for Copy of Tax Return, is now used to request copies of tax returns. Use **new Form 4506-T,** Request for Transcript of Tax Return, to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of non-filing, and record of account.

● The fee for a photocopy of a tax return has increased to $39.

## Instructions

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate a third party to receive the tax return. See line 5.

**How long will it take?** It may take up to 60 calendar days for us to process your request.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

**Note:** *If you are requesting more than one return and the chart below shows two different service centers, mail your request to the service center based on the address of your most recent return.*

## Chart for individual returns (Form 1040 series)

| If you lived in and filed an individual return: | Mail to the Internal Revenue Service at: |
|---|---|
| Maine, Massachusetts, New Hampshire, New York, Vermont | RAIVS Team 310 Lowell St. Stop 679 Andover, MA 01810 |
| Alabama, Florida, Georgia, Mississippi, North Carolina, South Carolina, West Virginia, Rhode Island | RAIVS Team 4800 Buford Hwy. Stop 91 Chamblee, GA 30341 |
| Arkansas, Colorado, Kentucky, Louisiana, New Mexico, Oklahoma, Tennessee, Texas | RAIVS Team 3651 South Interregional Hwy. Stop 6716 Austin, TX 78741 |
| Alaska, Arizona, California, Hawaii, Idaho, Montana, Nevada, Oregon, Utah, Washington, Wyoming | RAIVS Team Stop 38101 Fresno, CA 93888 |
| Delaware, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, South Dakota, Wisconsin | RAIVS Team Stop B41-6700 Kansas City, MO 64999 |
| Ohio, Virginia | RAIVS Team 5333 Getwell Rd. Stop 2826 Memphis, TN 38118 |

| Connecticut, District of Columbia, Maryland, New Jersey, Pennsylvania, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team DP SE 135 Philadelphia, PA 19255-0695 |
|---|---|

## Chart for all other returns

| If you lived in: | Mail to the Internal Revenue Service at: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Georgia, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Tennessee, Texas, Utah, Washington, Wyoming | RAIVS Team Mail Stop 6734 Ogden, UT 84201 |
| Connecticut, Delaware, District of Columbia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia, Wisconsin | RAIVS Team P.O. Box 145500 Stop 2800F Cincinnati, OH 45250 |

**Line 1b.** Enter your employer identification number if you are requesting a copy of a business return. Otherwise, enter the first social security number (SSN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the return be sent to a third party, the IRS must receive Form 4506 within 60 days of the date signed by the taxpayer or it will be rejected.

*Individuals.* Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

*Corporations.* Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

*Partnerships.* Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

*All others.* See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the Letters Testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. Sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to Federal and state agencies to enforce Federal nontax criminal laws and to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 16 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to the Tax Products Coordinating Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. **Do not** send the form to this address. Instead, see **Where to file** on this page.



# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RUTH ANTHONY,

            Plaintiff,

v.

RALPH BUSBY, JOHN BUTLER, MARV
TODD, JACQUELINE NEWSTADT,
PATTI SKILES, and COMPUTER
SCIENCES CORPORATION,

            Defendants.

Civil Action No. 03-cv-12423-RWZ

## FIRST SET OF INTERROGATORIES PROPOUNDED BY DEFENDANTS TO PLAINTIFF, RUTH ANTHONY

Pursuant to Fed. R. Civ. P. 33, Defendants, Ralph Busby, John Butler, Marv Todd, Patti Skiles, and Computer Sciences Corporation ("Defendants"), hereby propound the following interrogatories to Plaintiff, Ruth Anthony ("Plaintiff"), to be answered fully, separately, in writing, and under oath within thirty (30) days in accordance with the Federal Rules of Civil Procedure.

## INSTRUCTIONS

1.     In answering these interrogatories, Plaintiff should furnish all information available to her, including information in the possession all persons acting on her behalf, and not merely such information known of her own personal knowledge.

2.     If Plaintiff cannot answer these interrogatories in full after exercising due diligence to secure the information requested, Plaintiff should so state and answer to the extent

possible, specifying the nature of her inability to answer the remainder, and providing whatever information or knowledge that he possesses concerning the unanswered portion

3.      The interrogatories which follow are to be considered as continuing, and Plaintiff is requested to provide, by way of supplementary answers, such additional information or documents as she or any persons acting on her behalf may hereafter obtain which will augment, clarify or otherwise modify the answers now given to these interrogatories.  Such supplementary responses are to be served upon Defendants within thirty (30) days after receipt of such information or documents.

## DEFINITIONS

The following terms shall have the meanings indicated below:

1.      "Persons" means natural persons, corporations, partnerships, sole proprietorships, unions, associations, federations or any other kind of entity.

2.      "Document" means any printed, typewritten, handwritten or otherwise recorded matter of whatever character, including, but without limitation, files, correspondence, contracts, agreements, letters, purchase orders, memoranda, telegrams, notes, forms, catalogues, brochures, diaries, reports, calendars, inter-office communications, statements, jottings, announcements, depositions, affidavits, photographs, computer disks, computer printouts or other computerized data, or any other writings whatsoever, tape recordings, video tapes, motion pictures and any carbon or photographic copies of any such material, if Plaintiff does not have custody or control of the original.

3.      "Identify" means, with respect to a natural person, to state:  (1) his or her name; (2) his or her sex; (3) his or her last known address and telephone number; (4) his or her job title;

(5) the name, address, and telephone number of his or her employer; and (6) his or her relationship, if any, to Plaintiff.

4.      "Identify" means, with respect to a corporation, association or other entity, to state:  (1) the legal name under which such entity is incorporated or registered; (2) the state in which such entity is incorporated or registered; (3) the full business address and telephone number of such entity; and (4) the offices of such entity.

5.      "Identify" means, with respect to documents, to state:  (1) the author thereof and the person or persons to whom the document was originally directed; (2) the source from whom Plaintiff obtained such document or documents; (3) the date of each such document or documents; (4) the current custodian of each such document or documents; (5) the location at which each such document or documents is situated; and (6) the subject matter of each such document or documents.

## INTERROGATORIES

### INTERROGATORY NO. 1:

State Plaintiff's name, address, date of birth, place of birth, marital status (including spouse's name and date of marriage if applicable), names(s) and date(s) of birth of any child(ren) if applicable, and social security number.

### INTERROGATORY NO. 2:

Identify each educational institution Plaintiff has attended, and state the dates of attendance, whether Plaintiff received a degree or certificate therefrom, and the nature and the date of the degree or certificate, if applicable.

**INTERROGATORY NO. 3:**

      Please list all residences, if any other than the one listed in response to Interrogatory No. 1, that Plaintiff has had during the past seven (7) years, giving the complete address and dates of residence at each such address.

**INTERROGATORY NO. 4:**

      Identify each employer by whom Plaintiff has been employed, other than Computer Sciences Corporation, including each employer's last known address and telephone number, and identify each period of self-employment, consulting, or other business relationship. For each employer, period of self-employment, consulting, or other business relationship, state:

    (a)    the date(s) of employment, self-employment, consulting, or other business relationship, Plaintiff's job titles, and the duties performed by Plaintiff;

    (b)    Plaintiff's rate of pay (including identification of any raise in pay), any employee benefits received, and any other compensation or remuneration received;

    (c)    the reason for the termination, including, but not limited to, a statement of whether the severance of such employment or relationship was voluntary or involuntary; and

    (d)    the name(s) of each supervisor or manager Plaintiff had.

**INTERROGATORY NO. 5:**

      For each position Plaintiff held while employed by Computer Sciences Corporation, state the job titles and dates of each job; the salaries, wages, or compensation plans for each job; the name of Plaintiff's supervisor or immediate superior in each position; the location of such job; and the place where Plaintiff resided while performing such job.

**INTERROGATORY NO. 6:**

      Identify each and every person with knowledge of any facts pertaining to the

allegations in the Plaintiff's Complaint and describe the facts possessed by each such person.

**INTERROGATORY NO. 7**:

Describe in detail each item of damage, including amounts, for which Plaintiff intends to seek recovery at the trial of this action, the manner in which such amount has been calculated, and the basis or support for such amount, and identify each document relied upon to determine such damages.

**INTERROGATORY NO. 8**:

Identify each expert witness whom Plaintiff intends to call at the trial of this action and for each such expert witness, provide the following information: his or her name; his or her residential address and business address; the subject matter on which the expert is expected to testify; the substance of the facts and opinions about which the expert is expected to testify; and a summary of the grounds for each such opinion.

**INTERROGATORY NO. 9**:

State whether Plaintiff has made any efforts to seek new employment, including self-employment or any work as an independent contractor or consultant, following the cessation of her employment from Computer Sciences Corporation. If so, state:

    (a)    the name and address of each potential employer, entity or person to
           whom Plaintiff made application, the date of each such application, and
           the position for which application was made;

    (b)    the name and address of any employment agency, career counselor or
           other employment recruiter with whom Plaintiff had contact, including the
           date and the nature of contact; and

    (c)    each and every document reflecting or relating to Plaintiff's efforts to seek
           new employment, including self-employment and any independent
           contractor or consulting work.

**INTERROGATORY NO. 10:**

State whether Plaintiff has previously instituted litigation or administrative charges against any other company or other organization by which she has been employed or applied for employment, or against any other individual supervisor or manager under whom she has worked. If the answer is in the affirmative, state the date each suit or administrative action was commenced; the name and address of the agency or other forum in which it was commenced; the substance of each such complaint; the outcome or present status of each matter; and identify each and every document upon which Plaintiff relied in answering or which in any way pertains to the information requested in this interrogatory.

**INTERROGATORY NO. 11:**

State whether Plaintiff has ever applied for unemployment compensation benefits, disability benefits, or social security benefits. If the answer is in the affirmative, identify the agency(ies) or company(ies) to whom such application was made; state the date of the application; the disposition of the application; the amount of the benefit paid, if any; and identify each and every document related to any such application and the disposition thereof.

**INTERROGATORY NO. 12:**

Identify each and every physician, psychiatrist, psychologist, social worker or other healthcare provider whom Plaintiff visited, consulted, or received treatment from relative to any physical or emotional condition Plaintiff alleges she has had since January, 2001, including but not limited to any condition she claims resulted from Defendants' actions. For each physician or other healthcare provider identified, state his or her address; any institutions with which he or she is presently associated or affiliated; any institutions with which the person

was associated or affiliated while treating Plaintiff; his or her occupation; his or her area of specialization, if any; the date Plaintiff first consulted that person or entity; the condition for which treatment was sought; the diagnosis that was rendered; the nature of the treatment rendered; whether Plaintiff is presently receiving treatment or consultation from such person or entity; and the cost of treatment.

## INTERROGATORY NO. 13:

State whether Plaintiff has ever lodged an internal complaint of discrimination or document against any entity by which Plaintiff has been employed. If the answer is in the affirmative, state the name of all such entities, the nature of the complaint lodged, and the resolution thereof.

## INTERROGATORY NO. 14:

Identify any and all sources of income received by Plaintiff during the period from January 1, 2000 to present. For each such source of income state the amount of income received and the frequency with which each such payment is or was received.

Respectfully submitted,

RALPH BUSBY, JOHN BUTLER, MARV TODD, PATTI SKILES, AND COMPUTER SCIENCES CORPORATION,

By their attorneys,

Joan Ackerstein, BBO # 348220
Heather L. Stepler, BBO # 654269
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025

Dated: June 21, 2004

## CERTIFICATE OF SERVICE

This is to certify that on June 21, 2004, a copy of the foregoing document was served upon Plaintiff, Ruth Anthony, 60 Edgewood Street, Roxbury, MA, 02119 by first class mail, postage prepaid.

_Heather SS Taylor_
Jackson Lewis LLP