UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUTH ANTHONY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RALPH BUSBY, JOHN BUTLER, MARV TODD, JACQUELINE NEWSTADT, PATTI SKILES, and COMPUTER SCIENCES CORPORATION,<br><br>　　　　　Defendants. | Civil Action No 03-cv-12423-RWZ |

## NOTIFICATION TO THE COURT OF PRO SE PLAINTIFF'S ASSENT TO DEFENDANTS' MOTION FOR ADDITIONAL TIME TO FILE SUMMARY JUDGMENT DOCUMENTS

On February 18, 2005, Defendants, Computer Sciences Corporation, Ralph Busby, John Butler, Marvin Todd, and Patricia Skiles (hereinafter "Defendants"), filed their motion for an additional thirty (30) days to submit summary judgment documents in light of the Court's recent ruling on Computer Sciences Corporation's motion to compel further discovery from Plaintiff. This is to notify the Court that pro se Plaintiff, Ruth Anthony, left a voicemail message in Defendants' counsel's general mailbox on February 18, 2005 and the message was heard on February 19, 2005. In that voicemail message, Plaintiff indicated she would assent to the allowance of the motion for additional time to file summary judgment documents.

- 2 -

        Respectfully submitted,

        COMPUTER SCIENCES CORPORATION,
        RALPH BUSBY, JOHN BUTLER, MARVIN
        TODD, and PATRICIA SKILES,

        /s/ Heather L. Stepler
        Joan Ackerstein (BBO# 549872)
        Heather L. Stepler (BBO# 654269)
        JACKSON LEWIS LLP
        75 Park Plaza, 4th Floor
        Boston, Massachusetts 02116
        (617) 367-0025; Fax: (617) 367-2155

Dated: February 22, 2005

## CERTIFICATE OF SERVICE

    This is to certify that on February 22, 2005, a copy of the foregoing document was served upon Plaintiff, Ruth Anthony, 60 Edgewood Street, Roxbury, MA, 02119 by first class mail, postage prepaid.

        /s/ Heather L. Stepler
        Jackson Lewis LLP