UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUTH ANTHONY,<br><br>       Plaintiff,<br><br>v.<br><br>RALPH BUSBY, JOHN BUTLER, MARV TODD, JACQUELINE NEWSTADT, PATTI SKILES, and COMPUTER SCIENCES CORPORATION,<br><br>       Defendants. | Civil Action No. 03-CV-12423-RWZ |

**DECLARATION OF JOAN ACKERSTEIN IN SUPPORT
OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Joan Ackerstein, on oath, depose and state as follows:

1.    I am a partner of Jackson Lewis LLP, a firm with an office at 75 Park Plaza, Boston, Massachusetts, 02116. I have been involved in the defense of this action since its inception.

2.    On November 23, 2004, I took the deposition of Plaintiff in the above matter. Attached hereto as Exhibit A are true and accurate photocopies of excerpts of the transcript of that deposition.

3.    Plaintiff received a job offer from CSC on October 17, 1997, in a letter which set forth that job offer. A true and accurate copy of the letter, Exhibit 2 to Plaintiff's deposition, is attached hereto as Exhibit B.

4.    Plaintiff received a positive employment evaluation in March 1998. A true and accurate copy of that evaluation, Exhibit 14 to Plaintiff's deposition, is attached hereto as Exhibit C.

5. Plaintiff received a positive employment evaluation in April 1999. A true and accurate copy of that evaluation, Exhibit 15 to Plaintiff's deposition, is attached hereto as Exhibit D.

6. Plaintiff received a positive employment evaluation in May 2000. A true and accurate copy of that evaluation, Exhibit 16 to Plaintiff's deposition, is attached hereto as Exhibit E.

7. Plaintiff received a positive employment evaluation in May 2001. A true and accurate copy of that evaluation, Exhibit 17 to Plaintiff's deposition, is attached hereto as Exhibit F.

8. On June 26, 2001, John Butler sent an e-mail to Plaintiff and other technical writers regarding the move to 5 Cambridge Center. A true and accurate copy of that e-mail, Exhibit 4 to Plaintiff's deposition, is attached hereto as Exhibit G.

9. On October 22, 2001, John Butler sent an additional e-mail to Plaintiff and other technical writers regarding the move. A true and accurate copy of that e-mail, Exhibit 5 to Plaintiff's deposition, is attached hereto as Exhibit H.

10. By e-mail dated January 9, 2002, Plaintiff was notified that her office at 5 Cambridge Center was available for her. A true and accurate copy of that e-mail, Exhibit 6 to Plaintiff's deposition, is attached hereto as Exhibit I.

11. Plaintiff sent an e-mail to John Butler and Marvin Todd on January 17, 2002, stating that she was opposed to making the move. A true and accurate copy of that e-mail, Exhibit 7 to Plaintiff's deposition, is attached hereto as Exhibit J.

12. On January 29, 2002, Plaintiff sent Jacqueline Newstadt an e-mail, reiterating their conversation about Plaintiff's opposition to the move. A true and accurate copy of that e-mail, Exhibit 8 to Plaintiff's deposition, is attached hereto as Exhibit K.

13. On February 7, 2002, John Butler gave Plaintiff a letter outlining her unwillingness to relocate to 5 Cambridge Center and the consequences of that unwillingness. A true and accurate copy of that letter, Exhibit 9 to Plaintiff's deposition, is attached hereto as Exhibit L.

14. On February 7, 2002, Plaintiff signed an Exit Clearance Form, indicating her separation from employment as a resignation. A true and accurate copy of that letter, Exhibit 10 to Plaintiff's deposition, is attached hereto as Exhibit M.

15. On or about April 4, 2001, Plaintiff filed a charge of race discrimination with the Massachusetts Commission Against Discrimination. A true and accurate copy of the charge, Exhibit 3 to Plaintiff's deposition, is attached hereto as Exhibit N.

16. On June 21, 2004, Defendants served Plaintiff with a set of interrogatories. A true and accurate copy of Defendants' set of interrogatories is attached hereto as Exhibit O.

17. On July 29, 2004, Plaintiff served Defendants with her response to their interrogatories. A true and accurate copy of Plaintiff's response to Interrogatory No. 10 is attached hereto as Exhibit P.

18. On February 16, 2005, the Court allowed Defendants' Motion To Compel supplemental responses to discovery. A true and accurate copy of that Order is attached hereto as Exhibit Q.

19. On March 14, 2005, Plaintiff supplemented her response to interrogatories. A true and accurate copy of that response is attached hereto as Exhibit R.

20. In 1984, Plaintiff filed a complaint of race discrimination against a prior employer, Chas. T. Main, in Superior Court, Suffolk County. A true and accurate copy of the Complaint, which has been certified by the clerk of the Superior Court, Suffolk County, is attached hereto as Exhibit S.

Signed under the pains and penalties of perjury this 30th day of March, 2005

/s/ Joan Ackerstein
Joan Ackerstein

### CERTIFICATE OF SERVICE

This is to certify that on March 30th, 2005, a copy of the foregoing document was served upon Plaintiff, Ruth Anthony, 60 Edgewood Street, Roxbury, MA, 02119 by first class mail, postage prepaid.

/s/ Heather Stepler
Jackson Lewis LLP