# EXHIBIT B

Computer Sciences Corporation
System Services Division

October 17, 1997

Ruth Anthony
262 Normandy Street
Apartment #1
Dorchester, Massachusetts 02121

Dear Ms. Anthony,

Thank you for your acceptance of CSC's offer of a position on the Information Systems Services Contract at the Volpe National Transportation Systems Center. Under CSC's system, your title will be Member of the Technical Staff, and your starting salary for this position will be $1,616.00 biweekly, which if annualized will be $42,016.00. You will be eligible for further salary increase consideration in May, 1998. CSC will make further adjustments to salary as necessary once parking allotments are resolved.

New hire orientation is scheduled for the week of October 27, and will be held in Building 2 of the Volpe Center in the Volpe Auditorium. Specifically, we have scheduled you for Wednesday, October 29, 1997 from 8:00 to 12:00. If this orientation time conflicts with your schedule, please contact us as soon as possible at (617) 949-7800 so that we can arrange to have you sit in with one of the other three orientation times that will take place on October 29th and 30th.

Please remember to bring the information and documents requested on the "Preparation List of New Hire Orientation" that was provided to you earlier. Should you need another copy of the list, please let us know.

We look forward to seeing you on the 29th at 8:00 so that we can have an opportunity to welcome you to the CSC team.

Very truly yours,

Janice H. Bassett
Director, Human Resources

EXHIBIT
#2
1-23-04
Anthony

4061 Powder Mill Road
Calverton, Maryland 20705
301.572.4900

# EXHIBIT C

**CSC**
System Sciences Division

*PRIVATE DATA*

## EMPLOYEE PERFORMANCE APPRAISAL

Period of Performance from: 11/01/97 ~~04/01/97~~     to: 03/31/98

| | |
|---|---|
| Employee Name: *Ruth Anthony* | Current Supervisor: *Michael Potash* |
| SSN: *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*  Department Number: | Employee Location: *55 Broadway* |
| Job Title: | *Cambridge.* |

**PART 1.** [To be completed by Employee]—Summarize your performance by highlighting major responsibilities, accomplishments, and long- and short-term goals.

*— see attached sheet —*

EXHIBIT
#14
11-23-04
anthony

**PART 2.** [To be completed by Manager]—Comment on the employee's performance and accomplishments.

*Ruth handles all her assignments professionally and efficiently. She takes full responsibility for her tasks & does whatever it takes (from the tedious to the innovative) to get it done well & on time. She manages her time well and is extremely dependable.*

*Ruth quickly learned our version of Interleaf & our software system, and she was producing excellent, effective documentation almost immediately after she started work here.*

*Ruth's work on the TSD Reference Manual and Tutorial demonstrate her strong abilities to work in teams. At the same time, she gladly accepted special difficult assignments such as developing color documents.*

*In addition, Ruth has easily assumed full responsibility for the System Admin Manual.*

**PART 3.** [To be completed by Manager]—Indicate the objectives, assignments, product/process improvement initiatives, training/education, and/or current business retention or new business initiatives you would like the employee to concentrate on during the next performance period.

*I expect Ruth to continue in a leadership role for developing and completing the System Admin Manual.*

*Ruth will continue to work with other members of the DocTeam in writing new chapters for the T.S.D Tutorial.*

## Accomplishments

- Wrote outlines of TSD Tutorial and Reference Manual
- Edited Chapter 7, Supervisory Mode, of the ETMS System Administration Manual (SAM)
- Created scenarios for TSD Tutorial
- Wrote Module 3: Weather Overlays of TSD Tutorial
- Estimated schedule for writing draft TSD Reference Manual
- Wrote Weather, Reroute, and Tools sections of Chapter 3, TSD Menus, in TSD Reference Manual
- Edited and tested the Display, Maps, and Alerts sections in Chapter 3 of reference
- Wrote one-fourth of semicolon commands in Chapter 4, TSD Semicolon Commands, in reference
- Edited Change Pages for V.5.8.1 of ETMS Reference Manual, EDCT Update

## Goals

- Write outline and draft TSD SAM
- Read TSD system specifications
- Interview TM Workbench Project Manager for an overview and appropriate areas and contact people as resources
- Incorporate edits of Weather module in TSD Tutorial
- Write draft modules of TSD Tutorial

Check the appropriate box for each performance factor below.

Note: These items are for appraisal by the supervisor. When completing an appraisal, keep in mind that these rating factors are relative and are not necessarily of equal importance. Certain factors may be more important in determining the employee's overall performance rating.

| | EXCELLENT (far exceeds expectations) | VERY GOOD (exceeds expectations) | GOOD (meets expectations) | NEEDS IMPROVEMENT (does not meet expectations) | UNACCEPTABLE | NOT APPLICABLE; NOT OBSERVED |
|---|---|---|---|---|---|---|
| **KNOWLEDGE** Degree of technical competence in field; ability to apply that knowledge and stay abreast of new developments | | ✓ | | | | |
| **INNOVATION** Initiative in defining and implementing work process or product quality improvements | ✓ | | | | | |
| **JUDGMENT/DECISION MAKING/PROBLEM SOLVING** Effectiveness in analyzing problem areas and determining courses of action that result in sound decisions and solutions | | ✓ | | | | |
| **PLANNING AND ORGANIZATION** Ability to systematically provide for both long- and short-range objectives and develop effective work schedules | | ✓ | | | | |
| **FLEXIBILITY AND ADAPTABILITY** Ability to respond to changing requirements on a timely basis and meet changing technical/business needs | | ✓ | | | | |
| **ABILITY TO WORK INDEPENDENTLY** Ability to provide positive contributions with minimal direction on a continuing basis | | ✓ | | | | |
| **ABILITY TO WORK WITH OTHERS** Willingness to coordinate activities with others to meet overall business unit objectives and perform as a team member when required | | ✓ | | | | |
| **WILLINGNESS/ABILITY TO ACCEPT SUPERVISION/FEEDBACK** Willingness to accept direction and/or constructive feedback and incorporate suggestions when appropriate | | ✓ | | | | |
| **ABILITY TO MEET PRESCRIBED SCHEDULES WITHIN COST CONSTRAINTS** Ability to sustain desired level of productivity to meet schedules within designated cost allocations | | | ✓ | | | |
| **QUALITY OF OUTPUT** Ability to meet and/or implement required standards of quality | | ✓ | | | | |
| **EFFECTIVENESS OF CUSTOMER RELATIONS** Ability to communicate, understand, and respond to internal and external customers in a manner consistent with business unit objectives and sound business practices | | ✓ | | | | |
| **ORAL COMMUNICATION (BRIEFINGS, MEETINGS, ETC.)** Effectiveness and persuasiveness during presentations in dealing with others | | ✓ | | | | |
| **WRITTEN COMMUNICATION (REPORTS, MEMOS, DOCUMENTATION, ETC.)** Effectiveness and persuasiveness in written expression | | ✓ | | | | |
| **ABILITY TO LEAD ACTIVITIES OF OTHERS** Ability to motivate, provide constructive feedback and positive recognition, and organize activities to meet stated goals | | ✓ | | | | |
| **DEPENDABILITY** Punctuality and attendance; safety habits | ✓ | | | | | |
| **ENTREPRENEURIAL PERFORMANCE** Ability to organize, manage, and assume risks in meeting business commitments within stated guidelines and initiative to participate in current business retention and new business opportunities | | | | | | ✓ |
| **COMPANY IDENTIFICATION** Ability to project a professional, ethical, and efficient image of the Company to customers, employees, and public through high standards of business conduct and appearance | | | ✓ | | | |
| **EQUAL EMPLOYMENT OPPORTUNITY (MANAGEMENT/SUPERVISOR)** How has the manager performed against established EEO objectives during this reporting period? | | | | | | ✓ |

SSD FORM N00205 (1/95)                    (PREVIOUS EDITIONS ARE OBSOLETE)                    10023002

PART 5. Performance Summary for This Review Period [To be completed by Manager]
(Check the appropriate shaded box below.)

| | | Signoff /Comments |
|---|---|---|
| | Excellent: Performance CONSISTENTLY FAR EXCEEDS expectations. (President's review required) | |
| ✓ | Very Good: Performance CONSISTENTLY EXCEEDS expectations and job requirements.. (Vice President's review required) | *See Cabot*  *Mas THANKS FOR A GREAT JH* |
| | Good: Performance CONSISTENTLY MEETS expectations and job requirements. May exceed expectations from time to time. | |
| | Needs Improvement: Performance DOES NOT CONSISTENTLY MEET expectations, rarely exceeds expectations, but usually meets minimum job requirements. | |
| | Unacceptable: Performance is below the minimum acceptable level. | |

PART 6. General Performance Factors: Code of Ethics and Standards of Conduct; Affirmative Action [To completed by Manager]
YES, the employee pursues CSC's affirmative action objectives and complies with the code of ethics and standards of conduct.
NO, the employee does not pursue CSC's affirmative action objectives or comply with the code of ethics and standards of conduct.
N/A, not applicable; not observed

| FACTOR | YES | NO | N/A |
|---|---|---|---|
| Government Contract Compliance—FWA—Attends Company-sponsored FWA (fraud, waste, and abuse) training programs; reviews Company FWA publications as needed to ensure understanding and compliance. | X | | |
| Business Conduct and Ethics—Conducts business transactions in accordance with the Company's published *Code of Ethics and Standards of Conduct*; reports known or suspected violations. | X | | |
| Timekeeping and Expense Reporting—Adheres to Company timekeeping procedures and expense reporting guidelines; asks questions about situations or procedures to ensure compliance. | X | | |
| Affirmative Action (Management/Supervisory)—Pursues established affirmative action objectives through hiring, promotion, and other employment practices, as well as participation in other CSC-sponsored Equal Employment Opportunity and Affirmative Action programs (e.g., CSC's Small Disadvantaged Business Subcontracting Programs). | | | X |
| Truth in Negotiations (Management/Supervisory)—Takes action to secure compliance with applicable laws, Company requirements and guidelines, and division-specific procedures. | | | Y |

PART 7. General Comments Following Appraisal Discussion—This section is to be used for any additional comments by the employee's manager and any comments the employee wishes to make concerning the appraisal. Use attachments if necessary.

**Supervisor's Comments**

*Ruth is very pleased to be credited for her fine work. Bravo, Ruth! MH*

**Employee's Comments**


I am signing this form only to indicate that I have received the form and had a verbal discussion with my supervisor. My signature does not necessarily mean that I agree with its contents. A statement of disagreement may be attached.

Employee's Signature *Ruth Anthony*                    Date *4/14/98*

Before completing the appraisal discussion, the appraising supervisor must sign and date this form and forward it to the next level of supervision for signature and date. The original will be retained in the employee's personnel file.

Supervisor's Signature *Michael Potash*
Print Here *Michael Potash*                                              Date *3/26/98*
Next Level of Supervision Signature *Jeffery L. Cartwright*
Print Here *Jeffery L. Cartwright*                                     Date *3/26/98*

*John T Elmore*
*Thanks for the great job!*    | Human Resources:    | Date: |

# EXHIBIT D

 **CSC**    Computer Sciences Corporation

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

Employee Performance
Appraisal

Civil Group          Date Prepared     04/02/99

| Employee Data Section | |
| --- | --- |
| Performance Period Start Date    04/01/98 | Performance Period End Date.    03/31/99 |
| Employee's Name          Ruth Anthony | Job Title          SMTS |
| Department Name          H20 | Department Number.    165 |
| Manager's Name          Marvin Todd | Employee Location          Cambridge, MA |

**L.   Employee Section**

The Employee Section should be completed by the employee prior to completion of the Manager's Section

**I.   A.   Description of Duties and Responsibilities**
Describe the overall duties and responsibilities of this position in relative order of priority for the review period   Asterisk (*) any added responsibility since your previous review
- Develop and distribute user and system manuals and operating procedures
- Edit documentation according to departmental standards and procedures
- Test documented procedures against software features

**I.   B.   Significant Accomplishments**
Indicate those job-related accomplishments that you achieved since your last review or date of hire Relate these to any previously established objectives where applicable   Also, indicate those activities or accomplishments that were significant in your career development since your last review or date of hire (e.g , education courses or degree completion, seminars attended, etc )
- Designed scenarios for describing TSD features in tutorial modules
- Wrote selected modules for the ETMS 6.0 Tutorial
- Edited the ETMS 6 0 Reference Manual
- Incorporated technical review comments in the tutorial
- Incorporated technical review comments in the ETMS 6 0 System Administration Manual and released the file and hard copy to CSC South
- Edited sections of the ETMS 5 8 and 6 0 System Design Documents
- Incorporated technical review comments in the ETMS 6 0 Functional Description
- Wrote and edited the Hubsite Installation procedures

**I.   C.   Personal Goals, Objectives and Interests**
Indicate what goals and objectives you have to further develop your career at CSC.  Next, describe briefly the specific steps or accomplishments you will undertake to achieve these goals   Include types of work assignments that you would prefer to receive including those for the upcoming review period and those in the next three years.
Upcoming Review Period (Immediate):
- Develop technical skills by researching and using different authoring tools and software products to be documented
- Expand working relationship with the Volpe customer base by documenting other transportation (related) software, hardware, and/or processes
Long Range (Future):
-


EXHIBIT
#15
11-23-04
anthony

1

DEF00045

| II.    Manager Section |
|---|

The Manager Section should be completed after the employee completes the Employee Section

Section II includes the following components

| | |
|---|---|
| A | Review |
| B. | General Performance Factors |
| C | Mandatory Compliance |
| D | Future Objectives or Assignments |
| E | Performance Summary for this Review Period |
| F | Manager Comments Following Appraisal Discussion |

II   A.   Review

Review Section I of the appraisal and comment as appropriate. These comments should identify concurrence and/or feasibility of the items indicated in the Employee's Section

Employee's description of duties and responsibilities
- Ruth accurately describes her duties and responsibilities
- Ruth was a major contributor in the writing of the EMTS user documents (Reference Manaul and Tutorial)
- Ruth was solely responsible for updating the ETSM Systems Administration Manual to prepare the initial draft of the document for the Open Systems configuration
- Ruth was solely responsible for editing the ETMS Functional Description Document (FDD)

Employee's significant accomplishments
- Ruth made major contributions to the development of the ETMS user documents (Reference Manual and Tutorial). She wrote many sections of those documents following the standards that were defined for the documents. This task involved developing a good understanding of the software by working with it and by reading functional specifications and then translating this knowledge into clear and concise user documents.
- Ruth is very productive and the quality of her work is always excellent. She takes pride in her work as well she should since her work rarely needs to be corrected
- Ruth is very concientious and puts in extra time when necessary to meet deadlines

Employee's personal goals, objectives, interests
- Ruth's goals and objectives are reasonable and achievable.
- I agree that Ruth should develop her technical skills with different authoring tools and software products. She will have this opportunity as the ETMS documentation effort transitions from Interleaf to MS Word during the next year

Recommendations and/or provision for education and training
- Ruth should take advantage of Company training opportunities to learn new technical skills with different authoring tools

2

**II.    B.    General Performance Factors**          Select Only One Rating for Each Factor

Check the appropriate box for each performance factor below

Note: These items are for appraisal by the supervisor  When completing an appraisal, keep in mind that these rating factors are relative and are not necessarily of equal importance  Certain factors may be more important in determining the employee's overall performance rating

| | EXCELLENT (far exceeds expectations) | VERY GOOD (exceeds expectations) | GOOD (meets expectations) | NEEDS IMPROVEMENT (does not meet expectations) | UNACCEPTABLE | NOT APPLICABLE NOT OBSERVED |
|---|---|---|---|---|---|---|
| **KNOWLEDGE** Degree of technical competence in field, ability to apply that knowledge and stay abreast of new developments | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| **INNOVATION** Initiative in defining and implementing work process or product quality improvements | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| **JUDGMENT/DECISION MAKING/PROBLEM SOLVING** Effectiveness in analyzing problem areas and determining courses of action that result in sound decisions and solutions | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| **PLANNING AND ORGANIZATION** Ability to systematically provide for both long- and short-range objectives and develop effective work schedules | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| **FLEXIBILITY AND ADAPTABILITY** Ability to respond to changing requirements on a timely basis and meet changing technical/business needs | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| **ABILITY TO WORK INDEPENDENTLY** Ability to provide positive contributions with minimal direction on a continuing basis | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| **ABILITY TO WORK WITH OTHERS** Willingness to coordinate activities with others to meet overall business unit objectives and perform as a team member when required | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **WILLINGNESS/ABILITY TO ACCEPT SUPERVISION/FEEDBACK** Willingness to accept direction and/or constructive feedback, and incorporate suggestions when appropriate | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| **ABILITY TO MEET PRESCRIBED SCHEDULES WITHIN COST CONSTRAINTS** Ability to sustain desired level of productivity to meet schedules within designated cost allocations | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| **QUALITY OF OUTPUT** Ability to meet and/or implement required standards of quality | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| **EFFECTIVENESS OF CUSTOMER RELATIONS** Ability to communicate, understand, and respond to internal and external customers in a manner consistent with business unit objectives and sound business practices | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| **ORAL COMMUNICATION (BRIEFINGS, MEETINGS, ETC.)** Effectiveness and persuasiveness during presentations in dealing with others | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| **WRITTEN COMMUNICATION (REPORTS, MEMOS, DOCUMENTATION, ETC )** Effectiveness and persuasiveness in written expression | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| **ABILITY TO LEAD ACTIVITIES OF OTHERS** Ability to motivate, provide constructive feedback and positive recognition, and organize activities to meet stated goals | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

3

DEF00047

II.   B.    General Performance Factors                  Select Only One Rating for Each Factor

| Check the appropriate box for each performance factor below<br><br>Note: These items are for appraisal by the supervisor  When completing an appraisal, keep in mind that these rating factors are relative and are not necessarily of equal importance  Certain factors may be more important in determining the employee's overall performance rating | EXCELLENT (far exceeds expectations) | VERY GOOD (exceeds expectations) | GOOD (meets expectations) | NEEDS IMPROVEMENT (does not meet expectations) | UNACCEPTABLE | NOT APPLICABLE NOT OBSERVED |
|---|---|---|---|---|---|---|
| **DEPENDABILITY**<br>   Punctuality and attendance, safety habits | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| **ENTREPRENEURIAL PERFORMANCE**<br>   Ability to organize, manage, and assume risks in meeting business commitments within stated guidelines and initiative to participate in current business retention and new business opportunities | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| **COMPANY IDENTIFICATION**<br>   Ability to project a professional, ethical, and efficient image of the Company to customers, employees, and public through high standards of business conduct and appearance | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| **EQUAL EMPLOYMENT OPPORTUNITY (MANAGEMENT/SUPERVISOR)**<br>   How has the manager performed against established EEO objectives during this reporting period? | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

4

DEF00048

**Select One of the Following for Each Factor**

II.  C.  **Mandatory Compliance**

YES, the employee pursues CSC's affirmative action objectives and complies with the code of ethics and standards of conduct

NO, the employee does not pursue CSC's affirmative action objectives or comply with the code of ethics and standards of conduct

N/A, not applicable, not observed

| FACTOR | YES | NO | N/A |
|---|---|---|---|
| Government Contract Compliance—FWA—Attends Company-sponsored FWA (fraud, waste, and abuse) training programs, reviews Company FWA publications as needed to ensure understanding and compliance | ☒ | ☐ | ☐ |
| Business Conduct and Ethics—Conducts business transactions in accordance with the Company's published *Code of Ethics and Standards of Conduct*, reports known or suspected violations | ☒ | ☐ | ☐ |
| Timekeeping and Expense Reporting—Adheres to Company timekeeping procedures and expense reporting guidelines, asks questions about situations or procedures to ensure compliance | ☒ | ☐ | ☐ |
| Technology Access, Employee Profile and Resume—Updates profile and resume at least yearly to reflect new assignments, skills, hardware platforms, software languages/applications, education and professional memberships | ☒ | ☐ | ☐ |
| Affirmative Action (Management/Supervisory)—Pursues established affirmative action objectives through hiring, promotion, and other employment practices, as well as participation in other CSC-sponsored Equal Employment Opportunity and Affirmative Action programs (e.g., CSC's Small Disadvantaged Business Subcontracting Programs) | ☐ | ☐ | ☒ |
| Truth in Negotiations (Management/Supervisory)—Takes action to secure compliance with applicable laws, Company requirements and guidelines, and division-specific procedures | ☐ | ☐ | ☒ |

II.  D.  Indicate the objectives, assignments, product/process improvement initiatives, training/education, and/or current business retention or new business initiatives you would like the employee to concentrate on during the next performance period.

- During the next review period, Ruth will need to become skilled at using MS Word and possibly other documentation tools in order to adapt to the transition of ETMS documentation from Interleaf to MS Word

II.  E.  Performance Summary for this Review Period

| | |
|---|---|
| ☐ | Excellent  Performance CONSISTENTLY FAR EXCEEDS expectations  (Vice President's review required) |
| ☐ | Very Good  Performance CONSISTENTLY EXCEEDS expectations and job requirements  (Vice President's review required) |
| ☒ | Good  Performance CONSISTENTLY MEETS expectations and job requirements  May exceed expectations from time to time |
| ☐ | Needs Improvement  Performance DOES NOT CONSISTENTLY MEET expectations, rarely exceeds expectations, but usually meets minimum job requirements |
| ☐ | Unacceptable  Performance is below the minimum acceptable level |

5

DEF00049

**III.    Next Level Manager's Section**

APPROVAL:    Signature  _Jeff E. Carlwug_   Approval Date  4/15/99

Comments:  _Thank you for your extra effort and dedication._
_You are an asset to the team._

**IV.  Vice President's Section (Use if applicable.)**

APPROVAL:    Signature  _____    Approval Date  _____

Comments: ‾

**Manager's Signature Following Appraisal Discussion**

This section is to be used for any additional comments the manager wishes to make concerning the appraisal

Manager's Comments:

Signature  _Mark Todd_    Date  6/22/99

**Employee's Signature Following Appraisal Discussion**

This section is to be used for any additional comments the employee wishes to make concerning the appraisal

Employee's Comments:

I am signing this form to indicate that I have reviewed my PAR and discussed it with my manager  My signature does not necessarily indicate that I agree with its contents.

Employee Signature  _Ruth Anthony_    Date  4/22/99

HR  _Julia L. Skitz_    Date  5/1/99

6

DEF00050

# EXHIBIT E

**CSC**    Computer Sciences Corporation                Employee Performance
           Private Data                                             Appraisal

**Employee Instructions**
1. Complete the Employee Data Section.
2. Complete the Employee Section.
3. After completing Step 1 and 2, print a hardcopy of your performance appraisal form that you will retain for yourself.
4. When you have completely finished your potion of the appraisal form, forward it to your manager in accordance with the instructions that you have received from your business unit.

*140 48 26062*

Date Prepared:    2/14/00

| Employee Data Section | | | |
|---|---|---|---|
| Performance Period Start Date : | 04/01/99 | Performance Period End Date: | 03/31/2000 |
| Social Security (US) or National Insurance # (UK): | 00513412 | Business Unit: | CIV |
| Employee's Name: | Ruth Anthony | Job Title: | Member of Tech Staff Sr |
| Department Name: | Volpe/CIV/CSC | Department Number: | 924 |
| Manager's Name: | John Butler | Job Site – City : | Cambridge, MA |

## I.    Employee Section

The Employee Section should be completed by the employee **prior** to completion of the Manager Section.

Section I includes the following parts:
A. Description of Duties and Responsibilities
B. Significant Accomplishments
C. Personal Goals, Objectives, Interests, and Training

**I.    A.    Description of Duties and Responsibilities**
Describe the overall duties and responsibilities of this position in relative order of priority for the review period. Asterisk (*) any added responsibility since your previous review.
Research, write, edit and distribute user and system manuals, operating procedures and help text; Develop documentation standards; Test documented procedures against software features.

**I.    B.    Significant Accomplishments**
Indicate those job-related accomplishments that you achieved since your last review or date of hire. Relate these to any previously established objectives where applicable. Also, indicate those activities or accomplishments that were significant in your career development since your last review or date of hire (e.g., education courses or degree completion, seminars attended, etc.).
* Analyzed, revised, edited and formatted HP-UX Standard Operating Procedures in MS Word.
* Wrote and edited topic index and help text for TSD menu and semicolon commands in ASCII format.
* Updated TSD Range Rings command using Interleaf; wrote and edited summary sheet and change pages for Version 6.4 of the ETMS Reference Manual; distributed updates to sites; converted Interleaf documents to ASCII for Zip file transfers.
* Wrote ETMS Version Description Document, 7.98 in Word.
* Reviewed Interleaf-to-Word converted reference manual and tutorial pages; provided editorial and design comments regarding format, graphics and layout.
* Wrote draft Sector Management Tool procedures in Word.



EXHIBIT
#16
11-23-04
Anthony

DEF00051

1

I.  C.    **Personal Goals, Objectives, Interests and Training**
Indicate what goals and objectives you have to further develop your career at CSC. Next, describe briefly the specific steps, accomplishments or training you will undertake to achieve these goals. Include types of work assignments that you would prefer to receive including those for the **upcoming review period** and those in the **next three years.**

**Upcoming Review Period (Immediate):**
Become proficient in using Word (and all MS Office products).
Develop online and printed software documentation for ISSSP.
Long Range (Future):

**Training Plan**
Computer Based Training:
  **Intermediate and Advanced Word disks**
CSC Instructor-Led:

External:

Other:

Employee Comments:

*** End of Employee Section ***

---

**II.    Manager Section**

**The Manager Section should be completed after the employee completes the Employee Section.**

Section II includes the following components:
  A.   Review
  B.   General Performance Factors
  C.   Mandatory Compliance
  D.   Future Objectives or Assignments
  E.   Performance Summary for this Review Period

---

II.  A.    **Review**
Review Section I. of the appraisal and comment as appropriate. These comments should identify concurrence and/or feasibility of the items indicated in the Employee Section.

Employee's description of duties and responsibilities:
- Ruth accurately described her duties and responsibilities during this review period.
- During this review period, she was actively involved in the transition of ETMS documentation to MS Word by performing the initial document conversion and reviewing the converted documents.
- Ruth also prepared the change pages for the ETMS Version 6.4 release that primarily involved rewriting the sections of the documents that pertained to the TSD Range Rings function.

Employee's significant accomplishments:

2

- During this review period, Ruth prepared the over 30 TSD help files. Because of the limited capability of the TSD for displaying the help files, Ruth was not able to use typical formatting features that are available in most forms of documentation. To get around this limitation, Ruth cleverly used spacing and numbering techniques to make the help files very readable and very effective.
- Ruth also revised and edited the Standard Operating Procedures for the ETMS Operations group in order to standardize the format and provide a consistent set of documents for future use. These SOP documents had evolved over a number of years and were very inconsistent in format and quality. Ruth defined the standard format for the documents and then edited all of the SOPs to make them conform to that standard. As a result of her efforts, the documents are more usable and will be more easily updated in the future as operating procedures change.

Employee's personal goals, objectives, interests, and training:
- I agree that becoming proficient in MS Word will be necessary for the future ETMS documentation tasks.

Recommendations and/or provisions for education and training:
- Since the ETMS documentation has transitioned to MS Word, Ruth will need to become proficient in the use of MS Word. However other PC based software such as Visio will be useful in preparing the various ETMS documents and thus Ruth will need to develop her skills with those products as well.

| I.   B.   General Performance Factors | Select Only One Rating for Each Factor | | | | | |
|---|---|---|---|---|---|---|
| Check the appropriate box for each performance factor below.<br><br>Note: These items are for appraisal by the supervisor. When completing an appraisal, keep in mind that these rating factors are relative and are not necessarily of equal importance. Certain factors may be more important in determining the employee's overall performance rating.<br><br>Key<br>E – Excellent (far exceeds expectations)<br>V – Very Good (exceeds expectations)<br>G – Good ( meets expectations)<br>NI – Needs Improvement (does not meet expectations)<br>U – Unacceptable<br>N/A – Not applicable: Not Observed | E | V | G | NI | U | NA |
| KNOWLEDGE<br>Degree of technical competence in field; ability to apply that knowledge and stay abreast of new developments<br>Comments: | ☐ | X | ☐ | ☐ | ☐ | ☐ |
| INNOVATION<br>Initiative in defining and implementing work process or product quality improvements<br>Comments: | ☐ | X | ☐ | ☐ | ☐ | ☐ |
| JUDGMENT/DECISION MAKING/PROBLEM SOLVING<br>Effectiveness in analyzing problem areas and determining courses of action that result in sound decisions and solutions<br>Comments: | ☐ | ☐ | X | ☐ | ☐ | ☐ |
| PLANNING AND ORGANIZATION<br>Ability to systematically provide for both long- and short-range objectives and develop effective work schedules<br>Comments: | ☐ | ☐ | X | ☐ | ☐ | ☐ |
| FLEXIBILITY AND ADAPTABILITY<br>Ability to respond to changing requirements on a timely basis and meet changing technical/business needs<br>Comments: | ☐ | X | ☐ | ☐ | ☐ | ☐ |
| ABILITY TO WORK INDEPENDENTLY | | | | | | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| Ability to provide positive contributions with minimal direction on a continuing basis<br>Comments: | ☐ | X | ☐ | ☐ | ☐ | ☐ |
| **ABILITY TO WORK WITH OTHERS**<br>Willingness to coordinate activities with others to meet overall business unit objectives and perform as a team member when required<br>Comments: | ☐ | X | ☐ | ☐ | ☐ | ☐ |
| **WILLINGNESS/ABILITY TO ACCEPT SUPERVISION/FEEDBACK**<br>Willingness to accept direction and/or constructive feedback and incorporate suggestions when appropriate<br>Comments: | ☐ | X | ☐ | ☐ | ☐ | ☐ |
| **ABILITY TO MEET PRESCRIBED SCHEDULES WITHIN COST CONSTRAINTS**<br>Ability to sustain desired level of productivity to meet schedules within designated cost and assignment allocations<br>Comments: | ☐ | X | ☐ | ☐ | ☐ | ☐ |
| **QUALITY OF OUTPUT**<br>Ability to meet and/or implement required standards of quality<br>Comments: | ☐ | X | ☐ | ☐ | ☐ | ☐ |
| **EFFECTIVENESS OF CUSTOMER RELATIONS**<br>Ability to communicate, understand, and respond to internal and external customers in a manner consistent with business unit objectives and sound business practices<br>Comments: | ☐ | ☐ | X | ☐ | ☐ | ☐ |
| **ORAL COMMUNICATION (BRIEFINGS, MEETINGS, ETC.)**<br>Effectiveness and persuasiveness during presentations in dealing with others<br>Comments: | ☐ | ☐ | X | ☐ | ☐ | ☐ |
| **WRITTEN COMMUNICATION (REPORTS, MEMOS, DOCUMENTATION, ETC.)**<br>Effectiveness and persuasiveness in written expression<br>Comments: | ☐ | X | ☐ | ☐ | ☐ | ☐ |
| **ABILITY TO LEAD ACTIVITIES OF OTHERS**<br>Ability to motivate, provide constructive feedback and positive recognition, and organize activities to meet stated goals<br>Comments: | ☐ | ☐ | ☐ | ☐ | ☐ | X |
| **DEPENDABILITY**<br>Punctuality and attendance; safety habits<br>Comments: | ☐ | X | ☐ | ☐ | ☐ | ☐ |
| **ENTREPRENEURIAL PERFORMANCE**<br>Ability to organize, manage, and assume risks in meeting business commitments within stated guidelines and initiative to participate in current business retention and new business opportunities<br>Comments: | ☐ | ☐ | ☐ | ☐ | ☐ | X |
| **COMPANY IDENTIFICATION**<br>Ability to project a professional, ethical, and efficient image of the Company to customers, employees, and public through high standards of business conduct and appearance<br>Comments: | ☐ | ☐ | X | ☐ | ☐ | ☐ |

**Select One of the Following for Each Factor**

II.  C.  Mandatory Compliance

X   YES, the employee pursues CSC's affirmative action objectives and complies with the code of ethics and standards of conduct.

NO, the employee does not pursue CSC's affirmative action objectives or comply with the code of ethics and standards of conduct.

N/A, not applicable; not observed.

4

DEF00054

| FACTOR | YES | NO | N/A |
|---|---|---|---|
| **Government Contract Compliance—FWA**—Attends Company-sponsored FWA (fraud, waste, and abuse) or (DII) training programs; reviews Company FWA publications as needed to ensure understanding and compliance. | X | ☐ | ☐ |
| **Business Conduct and Ethics**—Conducts business transactions in accordance with the Company's published *Code of Ethics and Standards of Conduct*; reports known or suspected violations. | X | ☐ | ☐ |
| **Timekeeping and Expense Reporting**—Adheres to Company timekeeping procedures and expense reporting guidelines; asks questions about situations or procedures to ensure compliance. | X | ☐ | ☐ |
| **Safety** — Conducts business and themselves in accordance with the Company's and division specific safety practices; reports safety incidents and required by procedures; and actively participates in safety efforts (examples – safety committee, safety audits, safety presentations, identifying hazards). | X | ☐ | ☐ |
| **Technology Access, Employee Profile and Resume**—Updates profile and resume at least yearly to reflect new assignments, skills, hardware platforms, software languages/applications, education and professional memberships. | X | ☐ | ☐ |
| **Affirmative Action (Management/Supervisory)**—Pursues established affirmative action objectives through hiring, promotion, and other employment practices, as well as participation in other CSC-sponsored Equal Employment Opportunity and Affirmative Action programs (e.g., CSC's Small Disadvantaged Business Subcontracting Programs). | ☐ | ☐ | X |
| **Truth in Negotiations (Management/Supervisory)**—Takes action to secure compliance with applicable laws, Company requirements and guidelines, and division-specific procedures. | ☐ | ☐ | X |

II.    D.    What objectives, developmental activities, or assignments, would you like the employee to concentrate on during the next performance period?

II.    E.    Performance Summary for this Review Period

| | |
|---|---|
| ☐ | **Excellent:** Performance CONSISTENTLY FAR EXCEEDS expectations. |
| ☐ | **Very Good:** Performance CONSISTENTLY EXCEEDS expectations and job requirements . |
| X | **Good:** Performance CONSISTENTLY MEETS expectations and job requirements. May exceed expectations from time to time. |
| ☐ | **Needs Improvement:** Performance DOES NOT CONSISTENTLY MEET expectations, rarely exceeds expectations, but usually meets minimum job requirements. |
| ☐ | **Unacceptable:** Performance is below the minimum acceptable level. |

Additional performance evaluation feedback from a client or vendor may be attached.

Feedback attached:      Yes ☐      No ☐

* * * End of Manager's Section * * *

**III.    Next Level Manager Section**

The Next Level Manager's section should be used by the employee's next level manager

APPROVAL:    Signature: _____    Approval Date: _5 / 10 / 00_

5

DEF00055

Comments:

| IV.  Vice President Section (Use if applicable.) |
|---|

APPROVAL:    Signature: _____    Approval Date: _____

Comments:

| Manager's Signature Following Appraisal Discussion |
|---|

This section is to be used for any additional comments the manager wishes to make concerning the appraisal.

Manager's Comments:

I agree to release this appraisal to the employee
Signature: _____    Date: _5/8/00___

| Employee's Signature Following Appraisal Discussion |
|---|

This section is to be used for any additional comments the employee wishes to make concerning the appraisal.

Employee's Comments:

I am signing this form only to indicate that I have received it.  My signature does not necessarily indicate that I agree with its contents.

A statement indicating disagreement may be attached.

Employee Signature: _Ruth Anthony_____    Date: _5/8/00___

HR: _____    Date: _____

6