# EXHIBIT F

 | **Computer Sciences Corporation** | *Employee Performance*
Private Data | *Appraisal*

**Employee Instructions**
1. Complete the Employee Data Section. Use the TAB key to navigate between fields. All fields in this section must be filled in.
2. Complete the Employee Section.
3. Print a hardcopy of your performance appraisal form and Individual Development Plan for your records.
4. When you have completely finished your potion of the appraisal form and IDP, forward to your manager in accordance with the instructions that you have received from your business unit.

### Employee Data Section

| | | | |
|---|---|---|---|
| Performance Period Start Date: | April 1, 2000 | Performance Period End Date: | March 31, 2001 |
| Social Security (U.S.): | 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 | Division/Group: | Volpe Center/Civil Group |
| Employee's Name: | Ruth Anthony | Date Prepared: | February 20, 2001 |
| Job Title: | Member Tech. Staff Sr. | Job Site – City: | Cambridge, MA 02142 |
| Department Name: | ETMS/ATMS | Department Number: | HO |
| Manager's Name: | John Butler | | |

### I.   Employee Section

The Employee Section should be completed by the employee *prior* to completion of the Manager Section.

Section I includes the following:
A. Description of Duties and Responsibilities
B. Significant Accomplishments
C. Personal Goals, Objectives, Interests, and Training

I.  A.  **Description of Duties and Responsibilities**
Describe the overall duties and responsibilities of this position in relative order of priority for the review period.  Asterisk (*) any added responsibility since your previous review.

Develop, communicate, and adhere to a documentation quality control process. Use MS Word and PowerPoint to update technical information for ETMS developers and traffic managers. Edit the ETMS System Design Document and the Functional Description for clarity, brevity, and consistency. Edit, write, and research sections of the Reference Manual and Tutorial. Collect, incorporate, and disseminate technical comments. Research, test, and document new features of software enhancements. Organize and design online documentation for printing in laser or postscript (PDF) formats.

I.  B.  **Significant Accomplishments**
Indicate those job-related accomplishments that you achieved since your last review or date of hire.  Relate these to any previously established objectives where applicable. Also, indicate those activities or accomplishments that were significant in your career development since your last review or date of hire (e.g., education courses or degree completion, seminars attended, etc.).



1

- Renamed the entire ETMS 6.0 Document Set from unrecognizable conventions to clearly assigned names for the hundreds of files that were converted from Interleaf to Word format and placed on the T-drive (server network). Each chapter, section, and graphic was a separate file that is now easy to find for the Reference Manual (RM), Tutorial (TUT), System Design Document (SDD), and Functional Description (FD).

- Researched, wrote, and edited over 200 Change Pages for Version 7.0 of the ETMS RM and TUT.

- On line replaced Version 6.5 RM and TUT with 7.0 Change Pages for completely updated 7.0 user documentation. Formatted all section headers to include the document number in the left corner and the chapter/section titles in the right corner and footers to include the document name, software and document version numbers in the left corner and page numbers in the right corner, according to customer requirements. Copied the 7.0 RM and TUT, which contained "a-pages" carried over from the Interleaf system, and re-paginated these documents sequentially (without a-pages) for a set of Web-based 7.0 documents that may be viewed and printed as PDF files. Generated a new Table of Contents for both sets of 7.0 user documentation, with and without "a" pages.

- Updated the Sector Management Tool, Version 7.01, Training Document by adding a note that describes the appearance of display fields in the Flight List frame for unauthorized users.

- Edited the 47-page Appendix B: ETMS Information Security Test & Evaluation Plan.

- To include in the Version 7.0 SDD, researched and wrote a History page indicating when each of the 35 sections of the 1800-page, 2-volume set was last updated for Versions 6.0, 5.8, 5.5, and 5.0.

- Wrote Editing Instructions for ETMS developers to update sections of the 7.0 SDD. Organized documents in folders and recommended a review process.

- As with the 7.0 RM and TUT, formatted all section headers and footers in the 7.0 SDD and the 7.0 FD.

- Edited, formatted, and incorporated technical review comments for the following 7.0 SDD sections: Intro (4 pages), Glossary (12), Acronyms (6), Weather (48), Communications (124), DACS & TSD (28), Listserver (49), FTM (80), ASP (40), Traffic Management (78), RRSVR Hub (8). Provided documentation status to managers.

- Edited, formatted, and incorporated technical review comments for the following 7.0 FD sections: Acronyms (6 pages), Intro (4), Functional Overview (18), Geographical Data Processing (10), Schedule Data Processing (6), Displaying Data (10). Provided status to managers.

I.   C.   Personal Goals, Objectives, Interests, and Training

Indicate what goals and objectives you have to further develop your career at CSC. Next, describe briefly the specific steps, accomplishments or training you will undertake to achieve these goals. Include types of work assignments that you would prefer to receive including those for the upcoming review period (Immediate) and those in the next three years (Long Range).

Upcoming Review Period (Immediate):
   I want a promotion and substantial raise.

My professional and technical expertise is proven by the ability and willingness to assume the most responsibilities in the ETMS Documentation Group. Since working here, I have always worked on both system and user documents. This year, while also part of the user doc team, I managed highly-technical complex documentation that was previously assigned to a CSC employee who was both Documentation Task Leader and an Engineer. Periodically, as SDD sections required updating, they were delegated to me. Now the SDD requires major revisions and a total restructure, which I have managed in the past 9 months.

Long Range (Future):
I would like to become certified in MS Office and gain more experience in Help, graphics, and web-based tools.

Individual Development Plan:

Relevant training could include any of the following courses:
- MS Office Specialist (with web components)
- Help Authoring Tools
- Graphic Design (to explore software packages that assist in capturing screens and editing images)
- Web Production and Management
- HTML and Internet Publishing

Complete your Individual Development Plan and attach it to your PA.

*** End of Employee Section ***

| II.   Manager Section |

The Manager Section should be completed after the employee completes the Employee Section.

Section II includes the following components:
   A.   Review
   B.   General Performance Factors
   C.   Mandatory Compliance
   D.   Future Objectives or Assignments
   E.   Performance Summary for this Review Period

3

II.  A.  **Review**
Review Section I of the appraisal and comment as appropriate. These comments should identify concurrence and/or feasibility of the items indicated in the Employee Section.

**Employee's description of duties and responsibilities:**
- During this review period, Ruth's primary responsibility has been to support the efforts of updating the ETMS Functional Description and ETMS System Design Document. These documents have gotten substantially out of date and it has been, and will be, a significant effort to bring them up to date and keep them up to date.
- Ruth was also responsible for preparing the Training Document for the ETMS Sector Management tool. To accomplish this effort, Ruth worked with the developer to understand the application and then prepared the document that was used by the FAA for user training.

**Employee's significant accomplishments:**
- Ruth prepared the Training Document for the ETMS Sector Management tool on schedule. This was a new application for which there was no existing documentation. Thus Ruth was required to gather all of the information needed to prepare this document by using the application and talking with the developer.
- Ruth established the procedures for coordinating the editing of the ETMS Functional Description and ETMS System Design Document. Since many developers will be contributing to the editing effort, there was a great potential for the process to get out of control. However Ruth established a process that has worked quite well and she has been able to keep the effort under control even with a large number of contributors.
- Ruth also revised the outline for the ETMS System Design Document and has restructured the document to fit this outline.
- Ruth has managed to keep up with the editing effort and has kept the process flowing smoothly. This has made the overall effort less of a burden on the development staff than it might have been otherwise.

**Employee's personal goals, objectives, interests, and training:**
- Ruth will need to continue to increase her proficiency in MS Word. Ruth is a Senior Member of the Technical Staff and the next level for promotion is Computer Scientist. Her present position most accurately describes her duties and responsibilities. I do not concur with a promotion, as she does not have the pre-requisites for the promotion.

4

| II. B. General Performance Factors | | | | | | Select Only One Rating for Each Factor |

| | EXCELLENT (far exceeds expectations) | VERY GOOD (exceeds expectations) | GOOD (meets expectations) | NEEDS IMPROVEMENT (does not meet expectations) | UNACCEPTABLE | Not applicable (not observed) |
|---|---|---|---|---|---|---|
| Check the appropriate box for each performance factor below. Note: These items are for appraisal by the supervisor. When completing an appraisal, keep in mind that these rating factors are relative and are not necessarily of equal importance. Certain factors may be more important in determining the employee's overall performance rating. | | | | | | |
| **KNOWLEDGE** Degree of technical competence in field; ability to apply that knowledge and stay abreast of new developments Comments: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| **INNOVATION** Initiative in defining and implementing work process or product quality improvements Comments: | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| **JUDGMENT/DECISION MAKING/PROBLEM SOLVING** Effectiveness in analyzing problem areas and determining courses of action that result in sound decisions and solutions Comments: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| **PLANNING AND ORGANIZATION** Ability to systematically provide for both long- and short-range objectives and develop effective work schedules Comments: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| **FLEXIBILITY AND ADAPTABILITY** Ability to respond to changing requirements on a timely basis and meet changing technical/business needs Comments: | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| **ABILITY TO WORK INDEPENDENTLY** Ability to provide positive contributions with minimal direction on a continuing basis Comments: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **ABILITY TO WORK WITH OTHERS** Willingness to coordinate activities with others to meet overall business unit objectives and perform as a team member when required Comments: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| **WILLINGNESS/ABILITY TO ACCEPT SUPERVISION/ FEEDBACK** Willingness to accept direction and/or constructive feedback and incorporate suggestions when appropriate Comments: | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| **ABILITY TO MEET PRESCRIBED SCHEDULES WITHIN COST CONSTRAINTS** Ability to sustain desired level of productivity to meet schedules within designated cost and assignment allocations Comments: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

5

Check the appropriate box for each performance factor below.

Note: These items are for appraisal by the supervisor. When completing an appraisal, keep in mind that these rating factors are relative and are not necessarily of equal importance. Certain factors may be more important in determining the employee's overall performance rating.

| Performance Factor | EXCELLENT (far exceeds expectations) | VERY GOOD (exceeds expectations) | GOOD (meets expectations) | NEEDS IMPROVEMENT (does not meet expectations) | UNACCEPTABLE | Not applicable (not observed) |
|---|---|---|---|---|---|---|
| **QUALITY OF OUTPUT** — Ability to meet and/or implement required standards of quality. Comments: | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| **EFFECTIVENESS OF CUSTOMER RELATIONS** — Ability to communicate, understand, and respond to internal and external customers in a manner consistent with business unit objectives and sound business practices. Comments: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| **ORAL COMMUNICATION (BRIEFINGS, MEETINGS, ETC.)** — Effectiveness and persuasiveness during presentations in dealing with others. Comments: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| **WRITTEN COMMUNICATION (REPORTS, MEMOS, DOCUMENTATION, ETC.)** — Effectiveness and persuasiveness in written expression. Comments: | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| **ABILITY TO LEAD ACTIVITIES OF OTHERS** — *Ability to motivate, provide constructive feedback and positive recognition, and organize activities to meet stated goals. Comments: | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| **ENTREPRENEURIAL PERFORMANCE** — Ability to organize, manage, and assume risks in meeting business commitments within stated guidelines and initiative to participate in current business retention and new business opportunities. Comments: | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| **COMPANY IDENTIFICATION** — Ability to project a professional, ethical, and efficient image of the Company to customers, employees, and public through high standards of business conduct and appearance. Comments: | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| **DEPENDABILITY** — Punctuality and attendance; safety habits. Comments: | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

6

Select One of the Following for Each Factor

II. C. Mandatory Compliance

YES, the employee pursues CSC's affirmative action objectives and complies with the code of ethics and standards of conduct.

NO, the employee does not pursue CSC's affirmative action objectives or comply with the code of ethics and standards of conduct.

N/A, not applicable; not observed.

| FACTOR | YES | NO | N/A |
|---|---|---|---|
| Government Contract Compliance—DII—Attends Company-sponsored FWA (fraud, waste, and abuse) or (DII) training programs; reviews Company FWA publications as needed to ensure understanding and compliance. | ☒ | ☐ | ☐ |
| Business Conduct and Ethics—Conducts business transactions in accordance with the Company's published *Code of Ethics and Standards of Conduct*; reports known or suspected violations. | ☒ | ☐ | ☐ |
| Timekeeping and Expense Reporting—Adheres to Company timekeeping procedures and expense reporting guidelines; asks questions about situations or procedures to ensure compliance. | ☒ | ☐ | ☐ |
| Safety—Conducts business and themselves in accordance with the Company's and division specific safety practices; reports safety incidents as required by procedures; and actively participates in safety efforts (examples – safety committee, safety audits, safety presentations, identifying hazards). | ☒ | ☐ | ☐ |
| Technology Access, Employee Profile and Resume—Updates profile and resume at least yearly to reflect new assignments, skills, hardware platforms, software languages/applications, education and professional memberships. | ☒ | ☐ | ☐ |
| Affirmative Action (Management/Supervisory)—Pursues established affirmative action objectives through hiring, promotion, and other employment practices, as well as participation in other CSC-sponsored Equal Employment Opportunity and Affirmative Action programs (e.g., CSC's Small Disadvantaged Business Subcontracting Programs). | ☐ | ☐ | ☒ |
| Truth in Negotiations (Management/Supervisory)—Takes action to secure compliance with applicable laws, Company requirements and guidelines, and division-specific procedures. | ☐ | ☐ | ☒ |

II. D. What objectives, developmental activities, or assignments, would you like the employee to concentrate on during the next performance period?

- In addition to enhancing her proficiency in MS Word, Ruth should also develop skills using other PC based software such as Visio. These other software products can be useful in preparing the system design documentation.

Individual Development Plan:
Review the employee's Individual Development Plan.

II. E. Performance Summary for this Review Period

| Performance consistently far exceeds expectations. (Vice President signature required.) | ☐ Excellent |
|---|---|
| Performance consistently exceeds expectations and job requirements. (Vice President signature required.) | ☒ Very Good |
| Performance consistently meets expectations and job requirements. May exceed expectations from time to time. | ☐ Good |

7

DEF00064

| | |
|---|---|
| Performance does not consistently meet expectations, rarely exceeds expectations, but usually meets minimum job requirements. | ☐ Needs Improvement |
| Performance is below the minimum acceptable level. | ☐ Unacceptable |

**Additional Performance Evaluation Feedback**
Use the space below or attach other evaluations from a client or vendor.

**Other Manager(s) Comments:**

*** End of Manager's Section ***

### Approvals

Manager: _[signature]_ John Butler   Date: 04/04/01

Second Level Manager: _[signature]_   Date: 4-15-01

Director or Vice President (if required): _Harry Post_   Date: 4/30/01

*Great job!*

### Employee's Signature Following Appraisal Discussion

Employee's Comments:

I am signing this form only to indicate that I have received it. My signature does not necessarily indicate that I agree with its contents.

A statement indicating disagreement may be attached.

Employee Signature: _Ruth Anthony_   Date: 5/11/01

HR: _____   Date: _____

8

DEF00065

# Individual Development Plan (IDP)

For a complete list of learning options available in Federal Sector, refer to CSC Sources Learning or Learn@CSC (BETA version) via The Knowledge Portal (http//:sources.csc.com).

| Employee Name: | | CSC Short Name: | |
|---|---|---|---|
| Org Unit Description: | Volpe Center/Civil Group | Dept./Location: | H0/Volpe Center |
| Date Prepared: | February 20, 2001 | IDP End Date: | March 31, 2001 |

| Courses/Subject Area | Projected Completion Date (MM/DD/YY) | Select one category below to indicate the necessity of training: | | |
|---|---|---|---|---|
| | | Required | Recommended | Desired |
| **Computer Based Training (CBT):** | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Instructor Led Training (ILT):** | | | | |
| | | | | |
| | | | | |
| | | | | |
| **External Training:** | | | | |
| MS Word | January 2002 | | X | |
| Visio | March 2002 | | X | |
| **Other (e.g., books, articles, mentoring, assignments, memberships):** | | | | |
| | | | | |
| | | | | |
| | | | | |

**Employee Section:**

*Ruth Anthony*  5/11/01
Employee Signature          Date

**Manager Section:**

_John Butler_
Manager Name (Please Print)

*[signature]*  5/11/01
Manager Signature          Date

**COMMENTS:**

9

# EXHIBIT G

Unknown

From: Butler, John (CSC)
Sent: Tuesday, June 26, 2001 2:43 PM
To: Costello, Mary (CSC/BAT); Anthony, Ruth (CSC); Green, James (CSC/BAT); Bonavita, Maria (CSC)
Subject: FW: activation of security system at 5 Cambridge Center

Their is a draft plan that I do not have a copy of but will get that presently includes Ruth, Mary, Jim ,Maria and myself at the new facilities at 5 Cambridge Center. It is only a draft and a lot more decisions will need to be made before it get's into cement. We are presently on the list for the move. I have a key card and anyone that wants to go look at it please come see me or if you prefer join up with Dick's group. This information was supposed to be confidential at this point because it is still uncertain as to what space we are actually taking over yet. We know the 9th and 10th floor but are trying to get the eighth floor also. If we get it that's probably where we will go along with others from our group. If we don't then it will be a re-assessment of where people are going to be. So no matter what you hear about the draft floor plan take it with a grain of salt until things are firmed up.

John


-----Original Message-----
From: Fischer, Richard F (CSC)
Sent: Tuesday, June 26, 2001 1:42 PM
To: Basinski, William (CSC/BAT); Davis, Jasper (CSC); Harrigan, Carol (CSC/Batelle); Hoxie, Keith (CSC/SRC); Joyce, Patrice (CSC/STA); Lipomi, Lisa (CSC/SRC); Madhavan, Venkata (Unisys); Milley, Vince (CSC); Pare, John (CSC/BAT); Peeriz, Aldrin (CSC); Purington, Justin (CSC); Spigulis, Karl (CSC); Styborski, Joseph (CSC/BAT); Sutton, Anne (CSC/SRC); Tramontozzi, Annette (CSC); Wagner, Henry (CSC); Gooding, Anne (CSC/BAT)
Cc: Bonavita, Maria (CSC); Butler, John (CSC); Masciarelli, Rosanna (CSC/STA)
Subject: FW: activiation of security system at 5 Cambridge Center

All,

If you would like to visit our new facilities, it has now been cleared (see below).

Anyone who would like to visit as a group, I will be happy to escort you over on Wednesday, June 27, at 10:30 and answer any questions I can.

The room assignments have not yet been firmed-up, but this will give you an opportunity to get the lay-of-the-land.

Dick

-----Original Message-----
From: Bonello, Mario (CSC)
Sent: Friday, June 22, 2001 12:22 PM
To: Howerter, Edward (CSC); Buford, Carolyn (CSC); Butler, John (CSC)
Cc: Busby, Ralph (CSC); Cotroneo, Anthony (CSC); Clark, Stephen (CSC); Rings, Robert (CSC); Fischer, Richard F (CSC); Alexandrou, Nicholas (CSC); Eves, Ramon (CSC/SRC); Russell, Richard (CSC); Payne, Jeffrey (CSC); Hunter, Howard J (CSC); DeRusha, Kerri-Lee; Nunez, Jimmy (CSC); 'PATTI'
Subject: activiation of security system at 5 Cambridge Center
Importance: High

The card key security system (the same system that is used at 245 First St.) for the 9th and 10th floors at 5 Cambridge Center will be active as of Monday, June 25th. At your discretion you may inform your department employees that they may visit the building during the day (Monday through Friday only) to look at the facility. Any card keys active at the 245 First St. location as of June 21st will be active at 5 Cambridge Center. New employee key cards or replacement cards will be activated at 5 Cambridge Center prior to the actual move date.


EXHIBIT
#4
1-23-04
anthony

# EXHIBIT H

## Unknown

**From:** Butler, John (CSC)
**Sent:** Monday, October 22, 2001 11:49 AM
**To:** Anthony, Ruth (CSC); Green, James (CSC/BAT); Costello, Mary (CSC/BAT); Masciarelli, Rosanna (CSC/STA)
**Subject:** RE: Move

I have saved space at 5 Cambridge Center for all the documentation people. I have an office their and so does Maria. If the consensus of the documentation group is they would like to move I will make the arrangements to go. If the group would rather remain here then you will stay here but we need to plan for the future. We are full at Volpe as far as offices go. If the development, test or whatever group grows then it will be necessary to move the documentation staff. The space is quite nice and if it were to happen I think you would like it very much. I have not set any dates for anything. I was trying to protect some space that was available that would be difficult to get in the future. Any time the documentation group would like to go over and see what the space looks like I would be more than glad to take you for a tour.

I am going to include all members of the documentation team with Ruth's response as I would imagine all of you are wondering what's going on. You will note Rosanna is part of our group now. She has an office at 5 Cambridge and with Maria.

Any questions or suggestions would be gratefully appreciated.

Thanks

*John A. Butler*
*butlerj@volpe.dot.gov*
*617-494-2725*

-----Original Message-----
**From:** Anthony, Ruth (CSC)
**Sent:** Monday, October 22, 2001 11:08 AM
**To:** Butler, John (CSC)
**Cc:** Todd, Marvin (CSC)
**Subject:** Move

Hello,

I just received an email message regarding office furniture for 5 Cambridge Center. It states that I will be moving to that location "sometime in the future." Please let me know when this move is expected to take place. I would also like to know the plan for conducting my work. What types of assignments are planned for me? Will the group organization change? If so, how?

Thank you.



PLTF00020

# EXHIBIT I

Hi John,

I am quite suspicious about this move, which does not seem to make sense to me. I thought the purpose of the move is due to a space issue here on the second floor of Building 3. If that is true, can you please tell me why the other members of the ETMS Documentation team still have an office secured in this building? Thanks.

-----Original Message-----
**From:** Johnson, Jon E. (CSC)
**Sent:** Wednesday, January 09, 2002 10:48 AM
**To:** Anthony, Ruth (CSC)
**Cc:** Butler, John (CSC)
**Subject:** New office at 5 Cambridge

   Hi Ruth.  Your office and phone over here are ready for you.  The phone number is 374-2737 and your Audix password is 56473.
   A new computer has been set up for you with Office 2000 installed.  The network isn't active yet since I still need to hear back from John about an IP address, which should occur when Dick Jarvis returns.  Once that's set, though, I'll activate the computer's network connection and you'll be ready to roll.  Please contact me at 374-2349 if you have any problems or questions.
                           --Jon Johnson



# EXHIBIT J

**From:** Anthony, Ruth (CSC)
**Sent:** Thursday, January 17, 2002 1:35 PM
**To:** Butler, John (CSC); Todd, Marvin (CSC)
**Subject:** Move

Hello,

As a follow-up on our discussion last Friday afternoon regarding my future work assignments, reporting structure, and responsibilities, I want the record to show that I am opposed to being the only CSC employee from the ETMS project to move from the Volpe Center Building 3 to Five Cambridge Center. The move puts me at more of a disadvantage in being a team member and performing my technical writing job. My current work situation allows me immediate access to the software and other technical resources such as contractor and federal managers, developers, testers, and system/network administrators who are directly involved with ETMS.

In all my 20 plus years as a technical writer for hire and contract, recognized as part of the software methodology or development cycle and contributors to the ultimate product, we (often referred to as Technical, Customer, or End-User Documentation) have always been classified and physically located within the Research and Development (or Engineering) organization for which we write. I am sure today's industry survey reveals the same.

I prefer to remain located with the ETMS development team. Are there any alternatives?

Thank you.

