UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RUTH ANTHONY,

Plaintiff

v.

RALPH BUSBY, JOHN BUTLER, MARV TODD, JACQUELINE NEWSTADT, PATTI SKILES, and COMPUTER SCIENCES CORPORATION (CSC),

Defendants

Civil Action No. 03-cv-12423-RWZ

# PLAINTIFF'S MOTION TO EXTEND OPPOSITION TO DEFENDANTS SUMMARY JUDGMENT AND RESCHEDULE HEARING

Pro Se Plaintiff Ruth Anthony hereby submits this Motion to Extend Time for Opposition to Defendant's Motion for Summary Judgment and Reschedule Hearing. Via telephone Monday, April 11, 2005 Plaintiff and Defendants Attorney Heather Stepler agreed to extend Plaintiff's Opposition to Defendants Motion for Summary Judgment by seven days from Wednesday, April 13 to April 20, 2005.

Plaintiff needs more time to prepare and present the Opposition and therefore requests a 30-day extension to and including Friday, May 20. In addition, Plaintiff moves that the hearing currently scheduled for April 27, 2005 be continued at least 14 days after the Opposition to Friday, June 3, 2005.

Pursuant to Local Rule 7.1 (A)(2), Plaintiff has again conferred with Defendants Attorney regarding these requests for extensions. Last Tuesday, April 12, 2005, Plaintiff became aware that Defendants do not agree with the requests but will not object.

Plaintiff moves that these requests be granted to allow enough time for an adequate and proper response. Thank you for your attention to this serious matter.

Respectfully Submitted,

*Ruth Anthony*
Ruth Anthony, Pro Se
60 Edgewood Street, Roxbury, MA 02119
617-445-5889

## **CERTIFICATE OF SERVICE**

This is to certify that on April 19, 2005, a copy of the foregoing document was delivered by first-class mail to Attorney Joan Ackerstein, Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116.



Ruth Anthony
60 Edgewood Street
Roxbury, MA 02119
617-445-5889