UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RUTH ANTHONY,

        Plaintiff

        v.

RALPH BUSBY, JOHN BUTLER, MARV TODD, JACQUELINE NEWSTADT, PATTI SKILES, and COMPUTER SCIENCES CORPORATION (CSC),

        Defendants

Civil Action No. 03-CV-12423-RWZ

# APPENDIX

In accordance with Local Rules 7.1, Plaintiff submits this appendix as a guideline for referring to documents and hereby swears that all documents contained in this matter are true and accurate copies.

## TABLE OF CONTENTS

Memorandum Resisting Defendants' Motion for Summary Judgment on All Counts
Introduction   1
Argument   3
   I.   Summary Judgment Standard   3
   II.   Discriminatory Discharge   4
   III.   Discriminatory Treatment   4
   IV.   Retaliation   5
   V.   Failure to Hire   6
   VI.   Individual Defendants   6
   VII.   Exhauted Remedies   7
Conclusion   7
Certificate of Service

Plaintiff's Supplemental Opposition to Defendants' Motion for Summary Judgment
Parties   1
The Volpe Contract   2
Plaintiff's Hiring by CSC   2
The Documentation Group   3
The Relocation to 5 Cambridge Center   3
Plaintiff's Posting of a Resume in 2003   4
Plaintiff's Charge of Discrimination   4
  Introduction   5
  Argument   5

1

|   |   |
|---|---|
| Discriminatory Discharge | 5 |
| Discriminatory Treatment | 5 |
| Retaliation | 6 |
| Failure to Hire | 6 |

Exhibits
| | | |
|---|---|---|
| A. | Jacqueline Newstead's Returned Summons | A-1 |
| B. | Plaintiff's Termination Letter dated February 7, 2002 | B-1 |
| C. | Plaintiff's termination letter dated February 5, 2002 | C-1 |
| D. | Email discussions of Plaintiff | D-1-5 |
| E. | Page from Contract – Essential Personnel | E-1-2 |
| F. | Announcement of Ralph Busby | F-1 |
| G. | Call for Resumes | G-1 |
| H. | CSC Training Policy | H-1-2 |
| I. | ETMS Organization Chart | I-1 |
| J. | Emails regarding Move | J-1-6 |
| K. | Plaintiff's Complete Termination Packet | K-1-8 |
| L. | CSC Job Postings | L-1-11 |
| M. | Plaintiff's submittal of Resume | M-1-2 |
| N. | Notice of P3 Job Opening | N-1 |
| O. | MCAD Findings | O-1-2 |
| P. | PAR Rebuttal | P-1-2 |
| Q. | Unemployment Decision | Q-1-8 |

Certificate of Service

Plaintiff's Response to Statements of Material Facts
| | |
|---|---|
| Parties | 1 |
| The Volpe Contract | 2 |
| Plaintiff's Hiring by CSC | 2 |
| The Documentation Group | 2 |
| The Relocation to 5 Cambridge Center | 3 |
| Plaintiff's Posting of a Resume in 2003 | 4 |
| Plaintiff's Charge of Discrimination | 4 |
| Plaintiff's Prior Complaint | 4 |

Certificate of Service

Statement of Facts in Dispute and Additional Facts
| | |
|---|---|
| The Documentation Group | 1 |
| The Relocation to 5 Cambridge Center | 2 |
| Plaintiff's Charge of Discrimination | 3 |

Certificate of Service

## TABLE OF REFERENCES

1. Hishon v. King & Spalding, 467 U.S. 69, 73, 81 L.Ed. 2d 59, 104 S. Ct. 2229 (1984) citing Conley v. Gibson, 355 U.S. 41, 45-46, 2 L. Ed. 2d 80, 78 S. Ct. 99 (1957).
2. Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 249 (1986)
3. Crawford v. Runyon, 37 f. 3d 1338, 1341 (8th Cir. 1994)
4. Desert Palace, Inc. v. Costa, No. 02-679, 299 F. 3d 838, 539 U.S.
5. 29 U.S.C. 623(d) and s.107 of the 1991 C.R.A., 42 U.S.C., s.2000(e)-2(m) and 2000-5(2)(B)
6. Danville v. Regional Lab Corp., 292 F. 3d, 1246, 1250 (10th Cir. 2001.)
7. EEOC v. Horizons/CMS Healthcare Corp., 220 F. 3d 1184, 1195 & nn. 6-7 (10th Cir. 2000)
8. McDonnell Douglas, 411 U.S., s.802 and s.807
9. 420 S.C.S. 1985 (3.)

Respectfully Submitted,

*Ruth Anthony*

Ruth Anthony, Pro Se
60 Edgewood Street, Roxbury, MA 02119
617-445-5889

3

## CERTIFICATE OF SERVICE

This is to certify that on May 20, 2005, a copy of the foregoing document was delivered by first-class mail to Attorney Joan Ackerstein, Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116.

*Ruth Anthony*

Ruth Anthony
60 Edgewood Street
Roxbury, MA 02119
617-445-5889