UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUTH ANTHONY,<br><br>        Plaintiff,<br><br>v.<br><br>RALPH BUSBY, JOHN BUTLER, MARV TODD, JACQUELINE NEWSTADT, PATTI SKILES, and COMPUTER SCIENCES CORPORATION,<br><br>        Defendants. | Civil Action No. 03-cv-12423-RWZ |

## MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON ALL COUNTS

Defendants, Computer Sciences Corporation ("CSC"), Ralph Busby, John Butler, Marvin Todd, and Patricia Skiles, move for leave to file a Reply Memorandum of six pages in length in response to Plaintiff's opposition to Defendants' Motion For Summary Judgment On All Counts. In support of their motion, Defendants state that despite her opposition, Plaintiff admits many material facts, that where she disagrees with facts, she offers no evidence, and that a reply memorandum might assist the Court in assessing the matter.

For the Court's convenience, the proposed Reply Memorandum is attached hereto at Exhibit A, respectively.

WHEREFORE, Defendants respectfully request leave to file the attached Reply To Plaintiff's Opposition to Defendants' Motion for Summary Judgment On All Counts.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Defendants hereby certify that they, through Heather Stepler, spoke with Plaintiff on June 8, 2005 regarding the filing of this motion. Plaintiff stated that she assented to the granting of this motion.

Respectfully submitted,

COMPUTER SCIENCES CORPORATION, RALPH BUSBY, JOHN BUTLER, MARVIN TODD, and PATRICIA SKILES

By their attorneys,

/s/ Joan Ackerstein
Joan Ackerstein, BBO #348220
Heather L. Stepler, BBO #654269
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Dated: June 9, 2005

## CERTIFICATE OF SERVICE

  This is to certify that on June 9, 2005, a copy of the foregoing document was served upon Plaintiff, Ruth Anthony, 60 Edgewood Street, Roxbury, MA, 02119 by first class mail, postage prepaid.

/s/ Heather Stepler
Jackson Lewis LLP