UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUTH ANTHONY<br>        Plaintiff | |
| V. | CIVIL ACTION<br>NO. 03CV12423-RWZ |
| RALPH BUSBY ET AL<br>        Defendant | |

## JUDGMENT

ZOBEL, D. J.

In accordance with the MEMORANDUM OF DECISION entered 12/15/05;

JUDGMENT is entered DISMISSING the complaint.

By the Court,

12/15/05                                s/ Lisa A. Urso
Date                                     Deputy Clerk